Eastern District of Kentucky
F I L E D
NOV 15 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# DIVISION at _____

CIVIL ACTION NO. _____ (Court Clerk will supply)

Andre' Pendermon
PLAINTIFF

VS:

Brittney Moore
Thomas Jones      (do not use "et al.",
Steve Tussey       enter full names)
Tammy Allen

Demand for Jury Trial:
Yes (✓)  No (___)

DEFENDANTS

**I. Plaintiff:**

A. Name (list any aliases): Andre' Pendermon

B. Prisoner ID #: _____ Check one: Convicted ____ Pretrial Detainee ✓

C. Place of present confinement: Montgomery County Jail

D. Address: 751 Chenault Ln. Mt. Sterling KY 40353

**II. Defendant(s):** (additional defendants may be listed on a separate sheet of paper)

A. Defendant's Name: Brittney Moore
   Title or Position: Head Nurse
   Place of Employment: Montgomery County Jail / Southern Health Partners

B. Defendant's Name: Thomas D. Jones
   Title or Position: Chief Deputy
   Place of Employment: Madison County Jail

Page 1 of 8

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

C. Defendant's Name: Steve Tussey
Title or Position: Jailer
Place of Employment: Madison County Detention Center

D. Defendant's Name: Tommy Allen
Title or Position: Class D Coordinator
Place of Employment: Madison County Detention Center

E. Defendant's Name: _____
Title or Position: _____
Place of Employment: _____

## III. Statement of Claim:

Below you should state the **FACTS** of your case. You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

A. What happened? Explain specifically what each Defendant did or failed to do.

On September 21, 2019, I Andre Penderman was seen by nurse Amanda Purvis at the Montgomery County Jail. That visit was for an eye exam. Nurse Amanda Purvis gave me the exam and let the doctor here know the results. The doctor told Nurse Amanda Purvis that if I prepaid for an eye doctors appointment I need to see an eye doctor. I let Nurse Amanda Purvis know that I had medicaide. She let me know that she would inform the head nurse (Brittney Moore) because that's who make all outside appointments. On 9/26/2019 I gave Brittney Moore a copy of my Kentucky Medicaide Card. On 9/30/2019 I Asked Nurse Brittney Moore if my appointment had been made. She told me No

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

She had to okay it with Madison County Detention Center. The Jailer here at the Montgomery County Jail, called and spoke to Tammy Allen at the Madison County Jail Detention Center. He let her know that I needed to go to the eye doctor and that due to the fact that I'm being held for the Madison County Detention Center it is their responsibilty to take me to the eye doctor. On October 1st 2019 I wrote and sent a letter to the Madison County Detention Center. That letter was sent to Jailer Steve Tussey and Chief Thomas D. Jones. Nothing else has been said about my appointment. Due to me not going to the eye doctor, my vision has gotten worse and I've been having bad mygraia head achs. My vision is now blurry in my right eye.

B. When did these events happen?

Through 9/21/2019 Through 10/01/2019 I Also have my medical record from 2017-2018 from the Madison County Detention Center. On 02/27/2018 it states that Pt would schedule eye Doctors appointment. That was never done. So I've been haveing problems for over a year.

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

C. Where did these events happen?

Montgomery County Jail And Madison County Detention Center

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.

Fail to provide proper medical treatment

## IV. Exhaustion of Administrative Remedies

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A. **Federal Prisoners** answer the following:

1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations?  YES (___)  NO (___)

2. If so, did you (check **ALL** that apply):
   ___ file a request or appeal to the Warden          _____ date
   ___ appeal to the Regional Director                 _____ date
   ___ appeal to the Office of General Counsel         _____ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

4. What was the result? _____

_____
_____

5. If you did not file a grievance, why not? _____

_____
_____

B. **State Prisoners** answer the following:

    1. Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?   YES ( ✓ )   NO ( ___ )

    2. If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

      _____ file a grievance and seek an informal resolution     _____ date
      _____ request a hearing from the Grievance Committee     _____ date
      _____ appeal to the Warden     _____ date
      _____ appeal to the Commissioner     _____ date

    Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
      YES ( ___ )   NO ( ___ )
                                                                   _____ date

    3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

    4. What was the result? _____

_____
_____
_____

    5. If you did not file a grievance, why not? _____

_____
_____

SEDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

C. **County or City Prisoners** answer the following:
1. Is there a grievance/appeal policy at your jail?   YES (✓)   NO (___)
2. **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available. If not, briefly describe the grievance/appeal policy below. I filed a grievance but it was never answered

   3. Did you file a grievance regarding these facts?   YES (✓)   NO (___)
   4. If you filed a grievance:

   a. What steps did you take to use the grievance process? I sent a grievance but it was never answered

   b. What was the result? Nothing

   c. If unsuccessful, did you file an appeal?   YES (___)   NO (✓)
   d. What was the result? You cant file an appeal until the grievance is answered by staff.

   e. Did you take any further steps in the grievance process?
      YES (___)   NO (___)      NO MORE AVAILABLE (✓)
   f. What was the result? _____

5. If you did not file a grievance, why not?: _____

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

## V. OTHER LAWSUITS

A. Have you filed any other lawsuit **dealing with the same facts** raised in this action?   YES ( __ )   NO ( ✓ )

B. If your answer to question A is **YES**, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

   1. PARTIES:

   Plaintiff: _____

   Defendant(s): _____
   _____
   _____

   2. COURT: (name the district for a federal court, or the county for a state court)

   _____

   3. CASE NO.: _____   DATE FILED: _____

   4. OUTCOME: (is the case still pending? was it dismissed? being appealed?)

   _____
   _____

   5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C. List any other lawsuits that you have filed in any state or federal court:

   1. Plaintiff _____ vs. Defendant(s) _____

   Court Name: _____   Case No.: _____

   Nature of Claim: _____   Date Filed: _____

   Outcome: _____   Date: _____

   2. Plaintiff _____ vs. Defendant(s) _____

   Court Name: _____   Case No.: _____

   Nature of Claim: _____   Date Filed: _____

   Outcome: _____   Date: _____

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

3. Plaintiff _____ vs. Defendant(s) _____

Court Name: _____     Case No.: _____
Nature of Claim: _____     Date Filed: _____
Outcome: _____     Date: _____

## VI. Relief:

State exactly what you want the Court to do for you. You don't need to ~~make legal arguments or refer to any cases or statutes,~~ just explain what you want to happen if you prevail on your claim.

I would like $500,000 for pain and vision getting worse

## VII. Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

### CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_____ (Signature of Plaintiff)     Prison ID# _____     Nov 13, 2019 (Date)

Plaintiff's Address: 751 Chenault Ln
Mount Sterling KY 40353

Page 8 of 8