UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO.  5:19-CV-00452-DCR
*Electronically Filed*

ANDRE PENDERMON                                                                                    PLAINTIFF

vs.

BRITTANY MOORE, et al.                                                                         DEFENDANTS

## MOTION FOR SUMMARY JUDGMENT OF BRITTANY MOORE

Defendant Brittany Moore, pursuant to Federal Rule of Civil Procedure 56 moves this Court for summary judgment as there are no genuine issues of material fact and she is entitled to judgment as a matter of law.  A memorandum in support is tendered herewith.

Respectfully submitted,

*/s/ Margaret Jane Brannon*
Margaret Jane Brannon
Jackson Kelly PLLC
City Center
100 West Main Street, Suite 700
Lexington KY  40507
(859) 255-9500
*Counsel for Defendant Brittany Moore*

1

4837-1224-6997

**CERTIFICATE OF SERVICE**

 I hereby certify that on December 21, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

 I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

Andre Pendermon
Montgomery County Jail
751 Chenault Lane
Mt. Sterling, KY 40353
*Plaintiff Pro Se*

         */s/ Margaret Jane Brannon*
         *Counsel for Brittany Moore*