UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL ACTION NO. 5:19-CV-00452-DCR

ANDRE S. PENDERMON,　　　)DEPOSITION TAKEN ON BEHALF
　　　　　　　　　　　　　)　　　　OF THE
　　　　　PLAINTIFF　　　)MADISON COUNTY DEFENDANTS
　　　　　　　　　　　　　)　　　BY:　NOTICE
　　　　　　　　　　　　　)
　　　　　　　　　　　　　)
　　　　　　　　　　　　　)
VS.　　　　　　　　　　　)
　　　　　　　　　　　　　)
　　　　　　　　　　　　　)
　　　　　　　　　　　　　)
　　　　　　　　　　　　　)
BRITTANY MOORE, ET AL.,　)
　　　　　　　　　　　　　)WITNESS:
　　　　　DEFENDANTS　　　)ANDRE SA'MONE PENDERMON

　　　　　*　*　*　*　　　　　*　*　*　*

　　　　The deposition of ANDRE SA'MONE PENDERMON
was taken via videoconference on behalf of the
Madison County defendants before MARYBETH C.
SOWARDS, Certified Court Reporter and Notary Public
in and for the State of Kentucky at Large, on
Tuesday, October 13, 2020, commencing at the
approximate hour of 1:05 p.m.

　　　　　Said deposition was taken pursuant to
notice previously filed, pursuant to the Federal
Rules of Civil Procedure, in the above-styled
action now pending before the United States
District Court, Eastern District of Kentucky, at
Lexington.

　　　　　*　*　*　*　　　　　*　*　*　*

**EXHIBIT 1**

<u>APPEARANCES</u>

<u>ON BEHALF OF THE DEFENDANT BRITTANY MOORE:</u>

(Via Videoconference)

Ms. Margaret Jane Brannon
Jackson Kelly PLLC
Suite 700
100 West Main Street
Lexington, Kentucky   40507

<u>ON BEHALF OF THE MADISON COUNTY DEFENDANTS:</u>

(Via Videoconference)

Ms. Lynn Sowards Zellen
Kinkead & Stilz, PLLC
Suite 800
301 East Main Street
Lexington, Kentucky   40507

\*   \*   \*   \*        \*   \*   \*   \*

<u>INDEX</u>

Caption . . . . . . . . . . . . . . . . . . 1

Appearances and Index . . . . . . . . . . . 2

Introduction. . . . . . . . . . . . . . . . 3

Examination by Ms. Zellen . . . . . . . . 3 - 45

Examination by Ms. Brannon. . . . . . . . 46 - 60

Re-Examination by Ms. Zellen. . . . . . . 60 - 63

Reporter's Certificate. . . . . . . . . . . 64

\*   \*   \*   \*        \*   \*   \*   \*

```
1              REPORTER:  We're on the record.
2              Today is October 13th, 2020, and the
3              time is 1:06 p.m.  We're together via
4              videoconference for the deposition of
5              Andre Pendermon in the case of Andre
6              Pendermon versus Brittany Moore, et al.
7              To begin I would ask that counsel
8              introduce themselves for the record.
9          MS. ZELLEN:  I'm Lynn Zellen.  I
10             represent Steve Tussey, Tom Jones, and
11             Tammy Allen.
12         MS. BRANNON:  Jane Brannon on
13             behalf of Brittany Moore.
14         ------------------------
15         ANDRE SA'MONE PENDERMON,
16 having been first duly placed under oath, was
17 examined and testified as follows:
18              EXAMINATION
19 BY MS. ZELLEN:
20 Q        Mr. Pendermon, my name is Lynn Zellen,
21 and as I just said, I represent Steve Tussey, Tom
22 Jones, and Tammy Allen in the lawsuit that you
23 filed against them in federal district court in the
24 Eastern District of Kentucky.  Would you please
25 state your full name for the record?
```

```
 1  A              Andre Sa'Mone Pendermon.

 2  Q              Would you please spell your middle

 3  name?  I've seen it spelled a couple different

 4  ways.

 5  A              It's S-a apostrophe, capital M-o-n-e.

 6  Q              Thank you.  Have you ever given a

 7  deposition before or had your deposition taken?

 8  A              No, ma'am.

 9  Q              So I'll just go over a couple quick

10  ground rules.  The court reporter, who swore you

11  in, is going to be recording everything that we

12  both say and making a transcript of it, so that's

13  writing it down, so, you know, in a conversation a

14  lot of times, we'll tend to shake our head or nod

15  our head to say yes or use huh-uh or uh-huh instead

16  of a yes or no, and that's hard to interpret and

17  write down.  So I know it's hard, but if you'll try

18  to use yeses or nos where appropriate, that would

19  be very helpful.  Does that sound okay?

20  A              Yes, ma'am.

21  Q              And do you have a chair there or are

22  you standing?

23  A              I'm standing.

24  Q              Okay.  If at some point you need a

25  break to take a seat, let us know and we can do
```

1   that; okay?  I'm not here to try to test your

2   endurance or give you a big workout for the day.

3   And hopefully we won't take too long, but I don't

4   know how long you want to be standing.

5   A          Okay.

6   Q          I think they may have put a chair in

7   behind you, but if you need to take a break at any

8   time to sit down, go to the restroom, just let me

9   know and we can do that.

10             And the other thing is, this is really

11  just an opportunity for me to ask you questions on

12  behalf of my clients that might relate to your

13  claims against them.

14  A          Yes, ma'am.

15  Q          Is there any reason today, any

16  medication that you're taking or, you know, didn't

17  get a good night's sleep last night, that you

18  wouldn't be able to tell the truth in response to

19  my questions?

20  A          No, ma'am.

21  Q          All right.  We'll start with some easy

22  questions.  Are you married?

23  A          No, ma'am.

24  Q          Do you have any children?

25  A          Yes, I do.

```
 1   Q          Does any of them live in Kentucky?
 2   A          No, they do not.
 3   Q          Where do you live?  If you were not
 4   incarcerated, where would you be living?
 5   A          Well, I was living in Kentucky, but I
 6   have plans on going back to South Carolina.
 7   Q          And I should have clarified first, what
 8   is your current address?  Where do you live right
 9   now?
10   A          751 Chenault Lane, Mount Sterling,
11   Kentucky.
12   Q          And that's the Montgomery County
13   Detention Center; is that right?
14   A          Yes, ma'am.
15   Q          Where were you living before you became
16   incarcerated in Montgomery County?
17   A          Richmond, Kentucky.
18   Q          Was that the Madison County Detention
19   Center?
20   A          Well, yes, but I was actually speaking
21   before I was incarcerated, period.
22   Q          Okay.  So you got a little ahead of me.
23   So you were at the Madison County Detention Center;
24   is that right, before you were transferred to
25   Montgomery County?
```

1    A          Yes, ma'am.

2    Q          And where were you living before you

3    were booked into the Madison County Detention

4    Center?

5    A          108 Lowell Avenue in Richmond,

6    Kentucky.

7    Q          Is that L-o-w-e-l-l?

8    A          Yes, ma'am.

9    Q          How long had you lived there?

10   A          Roughly a year.

11   Q          And so I skipped over a part of that

12   chronology.  When were you first booked into the

13   jail in Madison County?

14   A          May the 25th of 2017.

15   Q          So you had lived at that Lowell Avenue

16   address about one year prior to May 25th of 2017;

17   is that right?

18   A          Yes, ma'am.

19   Q          And where did you live before that,

20   before the Lowell Avenue address?

21   A          In South Carolina.

22   Q          What brought you to Kentucky?

23   A          A female friend.

24   Q          How long had you lived in South

25   Carolina before that?

```
 1   A            My entire life.
 2   Q            So sometime in spring, early summer of
 3   2016 was the first time that you'd lived in
 4   Kentucky?
 5   A            Yes.
 6   Q            What charges are you currently in jail
 7   on?  I guess it's -- you've been convicted; right?
 8   A            Yes.  I've been convicted of assault
 9   under extreme emotional disturbance and unlawful
10   imprisonment.
11   Q            And how long are you serving on those
12   charges?
13   A            Ten years.
14   Q            And am I correct that you just pled
15   guilty to those charges in July?
16   A            June.  June the 23rd.
17   Q            And then you were sentenced in July; is
18   that right?
19   A            I was sentenced in June, June 23rd.
20   Q            And are those the same charges that you
21   were --
22   A            Originally charged with?  No.
23   Q            Yes.  When you were booked into Madison
24   County, are those the charges that you were facing?
25   A            No.
```

```
 1   Q          What charges were you charged with when
 2   you were booked into Madison County in 2017?
 3   A          Attempted murder, first degree assault,
 4   kidnapping, theft by unlawful taking, and
 5   persistent felony offender first degree.
 6   Q          And I won't take you through all the
 7   criminal procedure on that, but am I correct that
 8   in exchange for you pleading guilty, some of those
 9   charges were dropped and some of them were amended
10   down so that ultimately -- so it's the same case
11   that you pled guilty in and that you were sentenced
12   in, but the charges were just altered a little bit
13   in exchange for your guilty plea; is that right?
14   A          Yes, ma'am.
15   Q          Between May of 2017 and right now, you
16   have been incarcerated in Madison County and
17   Montgomery County.  Are there any other jails that
18   you've been in in Kentucky?
19   A          Yes, ma'am.
20   Q          Where's that?
21   A          Clay County.
22   Q          Is that the only one?
23   A          And I spent the night in Fayette County
24   before I came here.
25   Q          Do you recall around what time frame
```

1  you were in Clay County?

2  A          I do actually.  From July 4th, 2018, to

3  early November 2018.

4  Q          And then after that did you return to

5  Madison County, or did you then --

6  A          Yeah.

7  Q          -- go to Fayette County?  You returned

8  to Madison County?

9  A          Yes, ma'am.

10  Q          And then when was it that you spent the

11  night in Fayette County?

12  A          I want to say April the 15th or 16th.

13  I'm not really sure.

14  Q          Of 2019?

15  A          Yes.

16  Q          And then you were booked into

17  Montgomery County the following day; is that right?

18  A          Yes, ma'am.

19  Q          And have you been in Montgomery County

20  Regional Jail since then?

21  A          Yes, ma'am.

22  Q          Prior to May of 2017 had you ever been

23  in jail in South Carolina, I suppose?

24  A          You say prior to when?

25  Q          Prior to May of 2017 when you were

1  booked into Madison County, had you ever been in

2  jail before?

3  A          Yes.

4  Q          Where was that?

5  A          In South Carolina.

6  Q          Was that on multiple occasions?

7  A          Yes.

8  Q          Do you recall whether it was several

9  different facilities or was it the same one each

10 time?

11 A          Different facilities.

12 Q          You seem to have a pretty good memory,

13 so do you happen to remember which facilities those

14 were?

15 A          I actually do.  That would be the

16 Greenville County Detention Center and the Laurens

17 County Detention Center.  That's L-a-u-r-e-n-s.

18 Q          Are those the only two?

19 A          Yes.

20 Q          How old are you, Mr. Pendermon?

21 A          Thirty-two.

22 Q          Did you finish high school?

23 A          I did not.

24 Q          Did you attend high school in South

25 Carolina?

```
 1   A           I did.

 2   Q           Where did you go to high school?

 3   A           Laurens District 55.

 4   Q           Is that L-a-u-r-e-n-s?

 5   A           Yes.

 6   Q           Did you attend any other -- you know,

 7   any vocational schools or receive any training

 8   after high school?

 9   A           I did actually.

10   Q           What type of training or vocational

11   school did you attend?

12   A           I have a brick masonry certificate and

13   I got my GED.  That would be Columbia District One.

14   Q           I want to ask briefly about your

15   employment history.  Did you have a job before you

16   went to jail in Madison County, Kentucky?

17   A           Yes.

18   Q           What was your job?

19   A           I was a framer, worked in building

20   construction.

21   Q           Who was your employer?

22   A           Tommy Cope.

23   Q           Could you say that again?

24   A           Tommy Cope.

25   Q           C-o-p-e?
```

```
 1   A          Yes.

 2   Q          How long did you work for Mr. Cope?

 3   A          That I'm not sure of.  It was I'd say

 4   probably about eight, nine months.

 5   Q          What was your reason for leaving your

 6   job with Mr. Cope?

 7   A          I was incarcerated.

 8   Q          Where did you work before that?

 9   A          I worked for my family back in South

10   Carolina.

11   Q          What type of business was that?

12   A          A detail shop.

13   Q          How long had you worked there?

14   A          About four years.

15   Q          Sorry; let me back up on a few things.

16   When did you obtain your GED?

17   A          2010.

18   Q          And when did you obtain your brick

19   masonry certificate?

20   A          2010 also.

21   Q          Do you recall the time frame when you

22   were incarcerated at the Greenville County

23   Detention Center?

24   A          That I do not remember.

25   Q          What about Laurens County?
```

1    A         I'm not sure of that one either.

2    Q         What were you making in terms of pay

3    when you worked for Mr. Cope?

4    A         $15 an hour.

5    Q         About how many hours a week were you

6    working?

7    A         Forty-five, 50.

8    Q         And what about when you worked for the

9    detail shop for your family?

10   A         Fifty, 60 hours.

11   Q         And what were you earning?

12   A         $500 per week.

13   Q         What was the name of the detail shop?

14   A         Express Hand Wash and Detail.

15   Q         Where was that?

16   A         In Laurens, South Carolina.

17   Q         Have you had any jobs in any of the

18   detention centers where you've been held in

19   Kentucky?

20   A         I did.

21   Q         What was that?

22   A         I worked in the kitchen at Madison

23   County.

24   Q         Do you remember what time frame?

25   A         I do.

1    Q          When was that?

2    A          It was from January of 2019 to April of

3    2019.

4    Q          Which is when you left there and ended

5    up in Montgomery County; is that right?

6    A          Yes.

7    Q          And have you obtained a job in

8    Montgomery County?

9    A          I have not.  I'm working on it.

10   Q          That was my next question.  Have you

11   asked to be assigned a job at Montgomery County?

12   A          I actually have.

13   Q          When was that that you asked for a work

14   assignment?

15   A          I asked again this morning.

16   Q          When was the first time you asked?

17   A          In June, after I was final-sentenced.

18   Well, I'm sorry; August, after I was classified.

19   Q          And have you been told one way or the

20   other whether you'll be assigned a job?

21   A          I have not.

22   Q          And when you do that, when you ask for

23   a job in a jail, do you get to request what sort of

24   work you'd like to do, or is that kind of just up

25   to the coordinators there?

1    A          It's up to the coordinators here.

2    Q          I know that you filed several lawsuits

3    in federal court and Kentucky, and I don't want to

4    go through all of those necessarily.  Have you

5    filed any other lawsuits other than the ones that

6    you filed while you were incarcerated in Kentucky?

7    A          No, I have not.

8    Q          Have you filed any lawsuits in state

9    court in Kentucky as opposed to the ones that you

10   filed in federal court like the one that we're here

11   on today?

12   A          I'm not sure.

13   Q          So I want to talk to you about the

14   complaint that you filed that we're here about

15   today.  And like I said, I realize you filed

16   several different lawsuits against some of them are

17   medical and jail folks in Madison County, some of

18   them are in Montgomery County.  And I represent the

19   jailer, the chief deputy, and the Class D

20   coordinator at Madison County Detention Center.

21   And this lawsuit pertains to basically not being

22   taken out for an eye appointment; is that right?

23   A          Yes, ma'am.

24   Q          I want to make sure we're all on the

25   same page.

1            So I just want to kind of walk through
2   some of the allegations that you've made in your
3   complaint and see if you can explain some of those
4   things to me; okay?
5   A            Uh-huh.  (Affirmative)  Yes.
6   Q            Very good.  First you allege that on
7   September 21st of 2019 you saw Nurse Amanda Purvis
8   in Montgomery County, and she gave you an eye exam;
9   is that correct?
10  A            That is correct.
11  Q            How did that come about?  Did you
12  submit a sick call slip and ask for an eye exam?
13  A            I did.  I normally wear glasses anyway,
14  and I can always tell when it's time for a new
15  prescription because I get very bad migraines.  So
16  I filled out a sick call to have my eyes checked
17  because I was having migraine, and that's the only
18  time I have migraine.
19  Q            How long had you been having migraines
20  before you asked for an eye exam?
21  A            I'd say about a week.
22  Q            And how many times has that happened to
23  you in the past that you've had migraines due to
24  needing a new eyeglass prescription?
25  A            I'm really not sure.  It's been a few

```
 1  different occasions actually.
 2  Q          Have you ever had migraines for any
 3  reason other than your eyeglasses?
 4  A          No, ma'am, I have not.
 5  Q          Has someone told you -- has a doctor
 6  told you that the reason you have migraines is
 7  because you need a new prescription?
 8  A          They haven't said that that is exactly
 9  why it is, but they said that it could be.  And I'm
10  actually supposed to get a new prescription yearly,
11  but sometimes I don't.
12  Q          Who told you that that could be the
13  cause of your migraines?
14  A          I'm trying to think what eye doctor was
15  that.  I want to say Nordin Eye Care.
16  Q          N-o-r-t-o-n?
17  A          Not sure.
18  Q          Is that in South Carolina or in
19  Kentucky?
20  A          That one was actually in Kentucky.
21  Q          Do you remember which county?
22  A          I want to say Magoffin County.
23  Q          You said Magoffin?
24  A          Yes.
25  Q          And when was that?
```

```
 1   A              2016.
 2   Q              So soon after you had moved to
 3   Kentucky?
 4   A              June or July maybe.  Yes.
 5   Q              And who told you that you're supposed
 6   to get a new prescription every year?
 7   A              The eye doctors there.
 8   Q              That same Nordin in Magoffin County?
 9   A              Yes.
10   Q              So if that was in 2016, did you get a
11   new prescription in 2017?
12   A              Yes, I did actually.
13   Q              Do you recall where you got that
14   prescription?
15   A              No, I don't.
16   Q              Was it while you were incarcerated or
17   before you were incarcerated?
18   A              Before I was incarcerated.
19   Q              What about in 2018?
20   A              I did not, and I actually -- I actually
21   saw -- went to medical in Madison County, and they
22   said that I needed to see an eye doctor but never
23   scheduled the appointment.  And that's in my
24   medical file.
25   Q              Do you recall about when you brought
```

1   that up to Madison County medical staff?

2   A          I do not remember.

3   Q          When you went and got your new

4   prescription in 2017, was that just as a matter of

5   your getting a yearly prescription, or were you

6   experiencing migraine symptoms?  What prompted you

7   to go get a new prescription?

8   A          It actually wasn't time for a yearly

9   prescription.  I was actually going to buy a

10  different set of frames and just decided to go

11  ahead and have my eyes checked anyway.

12  Q          So you weren't having any symptoms at

13  that time?

14  A          No, ma'am, I was not.

15  Q          What about in 2018 when you say that

16  you asked medical staff in Madison County?  Were

17  you having any migraine symptoms in 2018 that

18  prompted you to --

19  A          Yes, I was.

20  Q          What were those symptoms?

21  A          Just migraine headaches.  I actually

22  filled out sick calls for it also.  That's also in

23  my medical file.

24  Q          So you said you were told in Madison

25  County that you needed to see an eye doctor, but no

```
 1   appointment was ever made; is that right?
 2   A          Correct.
 3   Q          Did you ever file a grievance over
 4   that?
 5   A          I'm not really sure if I did or not.
 6   Knowing me it's possible, but I'm not sure.
 7   Q          Why do you say knowing you it's
 8   possible?
 9   A          Because if it's something that's
10   grievable, I grieve.
11   Q          Okay.
12   A          If it's something I'm entitled to, I
13   want it.
14   Q          Did you ever discuss your need for an
15   eye appointment with any members of the jail
16   security staff as opposed to the medical staff?
17   A          I did not because, I mean, I'm not
18   trying to sound, you know, sarcastic or anything
19   like that, but it's not the security staff's job
20   making an appointment.  It's the medical staff job
21   to make the appointment.  It's the security staff
22   job to get you to that appointment.
23   Q          So was there any other occasion -- you
24   said sometime in 2018 you were experiencing
25   migraines.  Was there any other occasion that that
```

1  came up while you were incarcerated, that your need

2  for an eye doctor appointment came up while you

3  were in Madison County?

4  A          No, there was not.

5  Q          Was September of 2019 the first time

6  you requested an eye doctor appointment while you

7  were in Montgomery County?

8  A          I think it was, yes.

9  Q          So did Nurse Amanda actually do an eye

10  exam for you?

11  A          She did.

12  Q          What did that consist of?

13  A          Just looking at the eye chart.  Cover

14  one eye and look at it out the other, cover the

15  other eye, you know.

16  Q          And then what did she do after your

17  exam?  What happened next?

18  A          That's when she told me that I needed

19  to have -- needed to see an eye doctor and that if

20  I had medical coverage, then she could get the

21  other nurse to schedule an appointment.  So I let

22  them know that I did have Kentucky Medicaid or

23  whatever, and I provided them a copy of my Medicaid

24  card.

25  Q          Okay; you say you let them know and you

1  provided it to them.  Who's them?

2  A          The medical staff here, which would've

3  been Brittany and Amanda.

4  Q          Is that Brittany Moore?

5  A          Yes.

6  Q          And when you said that Amanda told you

7  that she would talk to the other nurse about

8  scheduling an appointment, is Brittany the other

9  nurse?

10  A          Yes.  Brittany Moore was the head nurse

11  at the time.

12  Q          Was Amanda able to tell you whether you

13  needed a new prescription?

14  A          She could not -- I'm not sure if she

15  could tell me that from the type of eye exam that

16  she was able to provide me with here.

17  Q          She just told you you needed to see an

18  eye doctor?

19  A          Correct.

20  Q          So what happened next with respect to

21  scheduling -- well, was that the extent of your

22  appointment and your discussion with Nurse Amanda

23  on September 21st of 2019?

24  A          Around about, yes.

25  Q          Was there anything else?

COLLINS SOWARDS LENNON REPORTING, LLC          23

1    A            No, there was not.

2    Q            And then what happened next with regard

3    to scheduling an eye appointment?

4    A            Well, when I would see Brittany I would

5    ask her, you know, have you scheduled an

6    appointment or whatever, which I know they can't --

7    they're not allowed to tell us when we have an

8    appointment or whatever, but they can tell us if it

9    has been scheduled.  And Brittany let me know that

10   because I was a Madison County inmate, they were

11   just holding me here at Montgomery County for

12   Madison County, that it was actually on Madison

13   County to approve taking me to that eye doctor's

14   appointment.  And until she had their approval, she

15   could not schedule that appointment.

16   Q            You said when you would see Brittany.

17   Would that be during med pass, or were you going to

18   see her for other reasons?

19   A            During med pass.

20   Q            Was that twice a day?

21   A            Sometimes it would be twice a day.

22   Sometimes she would come around once a day.  The

23   nurses would alternate.

24   Q            Is that something you brought up with

25   her every time you saw her?

1   A          Yes, it is.

2   Q          And something I should have asked

3   earlier, did you keep any notes or like a journal

4   about what was going on with respect to your

5   medical care or your treatment at the jail?

6   A          I actually did.  For the eye doctor

7   situation I wrote a little -- just like a little

8   postcard I made.

9   Q          Do you still have that?

10  A          I think I do.

11  Q          If you'll hold onto that for us, I'd

12  appreciate it.  Do you have that with you today?

13  A          I do not have it with me right now, no.

14  Q          Okay.  You said that Brittany told you

15  that until she had approval from Madison County,

16  she couldn't schedule your appointment; is that

17  right?

18  A          That is correct.  And when I would see

19  Brittany again I would ask her, I said, well, did

20  you get in touch with Madison County?  And on one

21  of those occasions she let me know that she did

22  speak with Madison County and Madison County said

23  that it was on Montgomery County because they were

24  holding me.  So after I went back and forth with

25  the blame game, that's when I just filed the

```
 1   lawsuit on both Brittany Moore and Steve Tussey,

 2   Tom Jones, Tammy Allen.  And of course after that

 3   was done, mysteriously, boom, eye doctor's

 4   appointment.

 5   Q          Did you ever personally speak with

 6   Steve Tussey about your eyeglass prescription or

 7   the need to see an eye doctor?

 8   A          Did not speak with him, but I wrote a

 9   letter addressed to Steve Tussey and Thomas D.

10   Jones.

11   Q          When did you write that letter?

12   A          I'm not sure.  I still have a copy of

13   it.  I'm not sure when I wrote it, though.

14   Q          Was it before you filed the lawsuit?

15   A          It was before I filed the lawsuit.

16   Q          If you said in your complaint that it

17   was October 1st of 2019, which was nine days after

18   you saw Nurse Amanda for the eye exam, would you

19   have any reason to doubt the accuracy of that?

20   A          No.

21   Q          What did you say in that letter?

22   A          I basically let them know the situation

23   that I was going through, the fact that I needed to

24   see an eye doctor, that they were saying here that

25   it was on them to approve for it, and I just
```

```
 1  basically let them know that, you know, I'm not
 2  really wanting to take any further actions.  I'm
 3  just trying to cross whatever bridge I have to
 4  cross to get to the eye doctor.
 5  Q          Did you tell them that you were
 6  supposed to get a new prescription every year?
 7  A          I did, I think.
 8  Q          And did you tell them when the last
 9  time was that you had gotten a new prescription?
10  A          I'm not sure if I did or did not.
11  Q          Do you remember if in your letter you
12  told them that you were having migraines?
13  A          I do not remember.
14  Q          Did you ever try to contact the eye
15  doctor that you had previously seen in Magoffin
16  County?
17  A          No, ma'am, I did not.
18  Q          Did you have a regular eye doctor in
19  South Carolina?
20  A          I did.
21  Q          Who was that?
22  A          I do not remember.
23  Q          How long have you worn glasses?
24  A          I've worn glasses since fourth grade.
25  Q          Help me out.  How old would that be?
```

```
 1   Nine, ten-ish?

 2   A          About nine or ten.

 3   Q          I have a fourth grader.  I should know

 4   that.

 5              Do you remember when you were booked

 6   into Madison County Detention Center being asked a

 7   series of medical questions?

 8   A          That's been forever ago.  I think so

 9   maybe.  I'm not sure.  I think so.

10   Q          Do you remember whether you told the

11   staff member who booked you into Madison County in

12   May of 2017 that you needed a new eyeglass

13   prescription every year?

14   A          I don't think I did or I'm not sure if

15   that was one of the questions.  They were aware

16   that I wear glasses.  In fact, I think that's

17   pretty much how it goes with anyone that wear

18   glasses.  They ask you to re-examine yearly.

19   Q          Who?

20   A          Eye doctors.

21   Q          Eye doctors, not the jail?

22   A          Yes.  Yes, eye doctors.  I'm pretty

23   sure of that.

24   Q          I think they ask me to do an exam

25   yearly and I don't wear eyeglasses, so it's
```

```
 1   probably accurate.
 2            Let's see.  When we started talking
 3   about the letter you sent to Steve Tussey and Tom
 4   Jones, I had asked you if you ever personally spoke
 5   with Steve Tussey about this issue.  I think you
 6   said no, other than that letter; is that correct?
 7   A        I did.  Can I change that?
 8   Q        Please do, yes.  Let me know.
 9   A        When I went back to Madison County for
10   court one time, I did run into Mr. Tussey and I
11   addressed that with him then.  And that's when he
12   told me, he was like, well, since you're housed
13   there, they should take care of it.
14   Q        When was that encounter?
15   A        Oh, I don't know.  I don't know,
16   Ms. Lynn.
17   Q        That's okay.  It's not a memory test.
18   Do you remember whether it was before or after you
19   had filed the lawsuit?
20   A        It was definitely before I filed the
21   lawsuit.
22   Q        Was it before or after you sent the
23   letter?
24   A        It was before I sent the letter.
25   Q        Do you know whether it was before or
```

1  after you had the eye exam with Nurse Amanda?

2  A          It was after I had the eye exam.

3  Q          Okay.  Well, we narrowed it down pretty

4  well there.

5             So what else do you remember about that

6  conversation?  Did you bring it up?

7  A          I did bring it up.

8  Q          So tell me how that went.

9  A          I was just like -- I pretty much just

10  let him know that I was trying to be seen by an eye

11  doctor and that here at Montgomery County I was

12  being told that it was on them to do that due to

13  the fact that I was technically still their inmate

14  or whatever.  And he just let me know that with me

15  being housed here that it would be on Montgomery

16  County to get me there.  And I believe I let him

17  know that, well, they're saying the complete

18  opposite or whatever, and I just told him thank

19  you.

20  Q          Any other face-to-face or voice

21  conversations you can remember having with Steve

22  Tussey about the situation?

23  A          No, ma'am.

24  Q          What about Tom Jones?  Did you ever

25  have a conversation with Tom Jones about the

```
 1   situation?
 2   A           No, ma'am.
 3   Q           So just the one letter; is that right?
 4   A           Exactly.
 5   Q           No other letters or e-mails addressed
 6   to him?
 7   A           No.
 8   Q           What about Tammy Allen?  Did you have
 9   any conversations with her about your eye
10   appointment or prescription?
11   A           No, I did not.
12   Q           Do you know whether, when you sent the
13   letter to Tom Jones and Steve Tussey, was that
14   before -- or I guess it was after Brittany told you
15   that she was waiting for Madison County to approve
16   the appointment; is that right?
17   A           Somewhere around in there.  I'm really
18   not sure, but I wouldn't have just filed it after
19   asking one time or anything like that because I
20   know how they can get busy around there and stuff.
21   Q           What happened after you sent that
22   letter and after Brittany told you that she was
23   waiting for approval from Madison County?
24   A           I waited for a while and I didn't hear
25   anything back, so that's when I just went ahead and
```

1  filed the 1983.

2  Q         Were you still asking Brittany at med

3  pass what the status was?

4  A         At that time I had got kind of

5  frustrated with it, so I just quit asking.

6  Q         Did you file a grievance in Montgomery

7  County?

8  A         Yes, I did.

9  Q         Was that a medical grievance or a jail

10  grievance?

11  A         It was a medical grievance.  I'm aware

12  of certain procedures that has to be taken before

13  you can file a lawsuit, and if you don't file a

14  grievance before you file a lawsuit it will

15  automatically be dismissed.  I mean, it's only one

16  type of grievance that you can file here and it's

17  on the computer, and I just filed a grievance and

18  let it be known what was going on.  So I guess you

19  would say that it would be a medical grievance.

20  Q         Do you remember when you submitted that

21  grievance?

22  A         I do not.

23  Q         Did you ever get a response to it?

24  A         I did not.

25  Q         What did it say?

1   A              I do not remember, not exactly, but --

2   I don't remember exactly.

3   Q              And you said that was on the computer?

4   That's the kiosk that's in your cell?

5   A              Yes.

6   Q              Did you submit that grievance before or

7   after you filed your 1983 complaint?

8   A              Before.  Sent it before, and I also

9   waited the ten days that they have to respond.

10  Q              You okay?  You-all need to take a break

11  for a minute?

12  A              No, I'm fine.

13  Q              Okay.  I want to get back to you said

14  you knew that you needed a new prescription because

15  you were having migraines.  Tell me about your

16  migraines.  Are they constant, or how frequently

17  were you having them?

18  A              Daily, and it like hurts right here in

19  the corners of my eyes all the way to the back of

20  my head.

21  Q              Is it constant or intermittent?

22  A              It's not constant.  They come and go.

23  Q              Have you ever had a doctor, either an

24  eye doctor or other doctor, actually diagnose you

25  with migraine headaches?

```
 1    A            No, I have not.
 2    Q            What, if anything, do you do to treat
 3    them when you have a migraine?
 4    A            Cover my eyes.
 5    Q            Is that just with your hands or with a
 6    washcloth?
 7    A            A shirt or towel or anything.
 8    Q            Do you ever take any medication?
 9    A            I try not to.
10    Q            Why's that?
11    A            Because, well, being here, mostly the
12    only thing they're going to give you is ibuprofen,
13    and I have ulcers and should not take ibuprofen.
14    Q            Have you ever asked a doctor to
15    prescribe you any other kind of medication for your
16    migraines?
17    A            I have not.  Once I get my glasses or
18    whatever, I'm fine.  Like if I take my glasses off
19    now and leave them off for an hour or so, I'll
20    start to get a headache.
21    Q            You also stated in your complaint that
22    your vision got worse.
23    A            I have astigmatism in my right eye.
24    Q            So I'm about as far as you can get from
25    being an eye doctor.  So what happens when you
```

COLLINS SOWARDS LENNON REPORTING, LLC        34

1  don't get a new prescription?  What happens to your

2  astigmatism to make your vision worse?

3  A          It causes blurry vision out of my right

4  eye.  Blurred vision; I'm sorry.

5  Q          And does that resolve once you get your

6  new prescription?

7  A          It's not as bad, but I still somewhat

8  have a little bit of blurred vision out of my right

9  eye.

10  Q          You said an astigmatism.  Has anyone

11  told you what causes that blurriness to get worse?

12  A          No.

13  Q          In the past, when you said you can tell

14  when you need a new prescription because you start

15  getting migraines, does the blurry vision usually

16  go along with that?

17  A          Sometimes, yes.

18  Q          Blurred vision; sorry.  And in the past

19  was it kind of the same thing, where getting a new

20  prescription helps the blurriness?

21  A          Yes.

22  Q          In 2019 did the blurred vision, you

23  know, cause you to not be able to see where you're

24  going when you're walking or run into walls or

25  anything like that?  Was it something you were able

1  to compensate for?

2  A          Yes, one being I was in an isolation

3  cell so I'm going to be by myself, and I'm mostly

4  sitting or lying on the bed anyway.

5  Q          Why were you in an isolation cell?

6  A          Because of the nature of my charges.

7  The rule at this jail was that anyone with charges

8  as such is housed in an isolation cell versus being

9  in general population.

10  Q          And this was in 2019, so you're talking

11  about the original charges of attempted murder,

12  first degree assault, kidnapping?

13  A          Yes.

14  Q          So were you in an isolation cell from

15  when you arrived in Montgomery County until -- are

16  you still in an isolation cell?

17  A          No, I am not.

18  Q          Were you removed from an isolation cell

19  when your charges were amended down and you pled

20  guilty?

21  A          Actually they ended up moving me out of

22  the isolation cell when the coronavirus came

23  because they needed those cells for quarantine, 14-

24  day quarantine.  So what they did was they made a

25  cell that -- they cleared out a old cell in the

```
 1   jail and put only the inmates that was in isolation
 2   cells.
 3   Q           Okay.  Did you ever hear anything back
 4   from anyone at the Madison County Detention Center
 5   after you sent that letter to Steve Tussey and Tom
 6   Jones?
 7   A           No, I did not.  And since you're
 8   representing them I'll go ahead and tell you I'm in
 9   the process of filing another lawsuit on them.
10   They still have my property there, and I've went
11   through all the channels.  I've called and talked
12   to them, had people call and talk to them, and I've
13   also wrote a letter, and I just -- all's I want is
14   my property that should've been sent with me when I
15   was sent to this jail anyway.
16   Q           What property is that?
17   A           My clothes, my shoes, my watch.
18   Q           Do you know if anyone at Montgomery
19   County, either in the security staff or the medical
20   staff, heard anything else from Madison County
21   after you sent that letter?
22   A           I do not know.
23   Q           I think you said earlier you filed the
24   lawsuit and then, poof, all of a sudden --
25   A           Let's go to the eye doctor.
```

```
 1   Q          I'm sorry?
 2   A          Let's go to the eye doctor.
 3   Q          So you did end up getting an
 4   appointment?
 5   A          I did.
 6   Q          When did that take place?
 7   A          I want to say December the 21st.  I'm
 8   not sure but I'm pretty sure, but I also have it
 9   written down.
10   Q          Okay.  What eye doctor were you taken
11   to see?
12   A          One here in Montgomery County at
13   Walmart.
14   Q          Do you know who made that appointment?
15   A          I would like to say that Brittany made
16   that appointment.  Her and the chief here I would
17   like to say, but I'm really not sure.
18   Q          Who took you to the appointment?
19   A          Staff here.
20   Q          And so that's security staff at the
21   jail?
22   A          Yes.  Actually the Class D coordinator
23   and his assistant.
24   Q          Do you know their names?
25   A          I do.
```

1    Q          What are they?

2    A          Lieutenant Michael Gabbard and Deputy

3    Staton.

4    Q          And how did that appointment go?

5    A          I was given the eye exam.  They let me

6    know that I -- they checked the glasses that I had

7    and let me know that I needed a new prescription.

8    Q          You said they took or they checked the

9    glasses that you had?

10   A          They checked the glasses that I had to

11   see what prescription was in them and let me know

12   that I needed a new prescription.

13   Q          And the glasses that you had at that

14   time, when had you gotten those?

15   A          I want to say in 2017, I think.

16   Q          Before you were incarcerated in Madison

17   County; is that right?

18   A          Yes, before I was incarcerated in

19   Madison County.

20   Q          Did they say anything else?  You know,

21   they said you needed a new prescription.  Did they

22   say anything else about your condition or --

23   A          No, they did not.

24   Q          Did you go ahead and get new glasses at

25   that appointment or a new prescription in your old

1   frames?

2   A            They wrote a new prescription, and

3   Nurse Brittany ordered me new frames and lenses.

4   Q            Was there any reason you didn't go

5   ahead and get the prescription filled at that

6   appointment?

7   A            I can't say for sure, but with the

8   knowledge that I have of eye doctors and buying

9   glasses and stuff like that, you can buy glasses on

10  line much cheaper than you can get them at the eye

11  doctor, as long as you have your prescription.

12           And I'm not sure if Brittany's attorney

13  received it or not, but being that Nurse Brittany

14  did everything that she could to make sure that I

15  got my glasses, I actually wrote a letter in front

16  of Eric Jones, which is the jailer here at

17  Montgomery County, and had it notarized and sent in

18  to try to make it to where this lawsuit wouldn't

19  fall on her or this jail, should I say?

20  Q            I'm sure Brittany's attorney,

21  Ms. Brannon, will probably have some questions for

22  you about that.

23  A            Okay.

24  Q            But I will ask, now you said you had it

25  sent in.  Do you mean you had it sent to the Court?

```
1    A          I mailed it in, yes.

2    Q          To the Court?

3    A          No, I want to say I mailed it to

4    Brittany's attorney is who I want to say I mailed

5    it to.

6    Q          When was that?

7    A          I am not sure.  But it is notarized.

8    It's a notarized letter.

9    Q          Do you think that was recently, like in

10   the last week or so?

11   A          It was -- it was -- no, it's been a

12   couple -- it's been months.

13   Q          Okay.  Do you remember when you

14   received your new glasses?

15   A          January.  In January of 2020.

16   Q          And so that entire time, from September

17   of 2019 when you saw Nurse Amanda through January

18   of 2020, that entire time were you having these

19   migraine symptoms?

20   A          Yes.

21   Q          Did you report those symptoms to

22   medical at Montgomery County?

23   A          No, I did not.  Due to the fact that I

24   can't take ibuprofen, there was nothing more that

25   they were going to do.
```

```
 1   Q          Do you know if anyone at Madison County
 2   was ever notified that you had been taken to see
 3   the eye doctor at Walmart?
 4   A          I'm not sure if they were or not.
 5   Q          Did you notify them of that fact?
 6   A          I did not.
 7   Q          Have you had any problems with your
 8   vision since you got your new glasses?
 9   A          No, ma'am, I have not.
10   Q          Sorry; I'm just taking a minute to look
11   over my notes, and --
12   A          That's fine.
13   Q          -- hopefully we'll be about finished.
14              Between September of 2019 and when you
15   got your new glasses, did anyone ever tell you that
16   the situation with your vision was an emergency
17   situation?
18   A          No, no one did tell me that.
19   Q          Did you ever express to anyone that you
20   felt like it was an emergency?
21   A          No, I did not, but anything dealing
22   with you being able to see, in my opinion, I know
23   I'm no expert, but would be considered an
24   emergency.
25   Q          Are you asserting any complaint or any
```

1  claims related to the time between when you were

2  taken to see the eye doctor at Walmart in

3  Montgomery County and when you received your

4  eyeglasses?

5  A          I'm sorry?

6  Q          Are you making any claims for the time

7  that it took to get your glasses after you made it

8  to the eye doctor?

9  A          I think that I did.  I think that I --

10  I think I wrote because after when I -- like I

11  said, once I went to the eye doctor, they just --

12  they wrote out the prescription or whatever, and

13  the prescription was brought back here to the jail

14  and put in my file.  So I was wondering, you know,

15  what was going to be done with that.  You know, I

16  can't get glasses if the prescription is in my

17  file.

18          And I think after I made a complaint

19  about it in my 1983 is when the jailer came and let

20  me know that they were going to order glasses off

21  line versus -- because at first I was under the

22  impression that we were going to go back to the eye

23  doctor to pick out like the lenses or whatever.

24  And after I complained in my 1983 is when Mr. Eric

25  Jones came and let me know that Brittany was

1   ordering them off line.

2   Q          Now was that a separate 1983 action

3   that you filed?

4   A          I'm really not sure, Ms. Lynn,

5   honestly.

6   Q          Because the one that we're here on

7   today was filed in November of 2019.

8   A          Okay.

9   Q          Which would've been before your eye

10  doctor appointment.

11  A          Okay.

12  Q          And so I guess the better question for

13  me to ask is, do you have any complaints against my

14  clients, against the Madison County Detention

15  Center, against Steve Tussey or Tom Jones or Tammy

16  Allen, about the time that it took between you

17  going to the eye doctor and when you got your

18  glasses?

19  A          The time it took between -- no.

20  Q          Okay.  Do you have any other complaints

21  about or against -- any other claims that you're

22  asserting against Steve Tussey, Tom Jones, or Tammy

23  Allen that we haven't already discussed today?

24  A          No, I do not.

25              MS. ZELLEN:  Okay.  I'm going to

```
1              let Ms. Brannon jump in and ask you

2              questions.  She represents Brittany

3              Moore.  Hopefully that's all I have for

4              you, but I won't make any promises.  I

5              may have a couple follow-ups after

6              Ms. Brannon speaks to you; okay?

7                   THE WITNESS:  All right.

8                   MS. ZELLEN:  All right.  Thanks,

9              Mr. Pendermon.

10                  THE WITNESS:  Thank you.

11                  MS. BRANNON:  Mr. Pendermon, I am

12             Jane Brannon.  I do represent Brittany

13             Moore.  Do you need to take a break

14             before I get into my questions?  I

15             don't know how long I'll be; maybe 20,

16             30 minutes.

17                  THE WITNESS:  Sure, please.

18                  MS. BRANNON:  Okay.  Why don't we

19             take a short break and then I'll take

20             up my questions; okay?

21                  THE WITNESS:  All right.  Thank

22             you.

23                  (A brief break is taken.)

24                  REPORTER:  I'm back on.

25                  ------------------------
```

1                    <u>EXAMINATION</u>

2    BY MS. BRANNON:

3    Q          Mr. Pendermon, once again, my name is

4    Jane Brannon, and I'm representing Brittany Moore.

5    And Ms. Zellen was correct; I do have some

6    questions for you about this document that you

7    referred to because I haven't received a document.

8    So can you tell me what it was that you sent me and

9    what you were trying to do?

10   A          I was trying to get Montgomery County

11   jail and Brittany Moore taken off of this 1983

12   being that they to my knowledge did everything that

13   they could, even having to go around Madison County

14   deputies or the jailers or whatever.  They went

15   ahead and just made my appointment, took me, made

16   sure I got glasses or whatever.  And I actually --

17   the jailer here actually has a copy of that, so I

18   could possibly get him to mail you a copy of it

19   because I sent a copy I think to I'm guessing what

20   I had as your address, but maybe it wasn't your

21   address being that you didn't get it.

22   Q          Well, and as you can tell, I'm working

23   from home and everybody else in our office is too,

24   so it is entirely possible that something came in

25   and it went awry.  I haven't seen it because it

```
 1  would have caught my attention.  But if you --
 2                MS. BRANNON:  Well, actually I
 3                guess, Ms. Zellen, if you could get a
 4                copy of that and have that forwarded to
 5                me.
 6  Q         Can you tell me what -- not to put
 7  words in your mouth, but so if I understand you,
 8  you're wanting to dismiss any claims against
 9  Brittany Moore from this 1983 action; is that
10  correct?
11  A         That is correct.  Brittany Moore and
12  Montgomery County Regional Jail.
13  Q         All right.  Thank you for that.  And I
14  do have a few questions for you about your other
15  claims at Madison County, specifically with respect
16  to Tami Hounshell.
17                I guess as I was looking through your
18  Montgomery County medical records, it looks to me
19  like you've recently had some gastrointestinal
20  issues, but there has been a really long time where
21  you haven't had any complaints other than you
22  wanted them to give you a tray that didn't have
23  spicy foods.  Is that an accurate reflection of
24  what your medical condition has been with respect
25  to your stomach since you've been in Montgomery
```

1   County?

2   A          Well, I really haven't made any

3   complaint about it like that because I figure it's

4   only so much that they're going to do or whatever,

5   but I still have stomach pains often, and the other

6   symptoms are not as bad as they were, but they do

7   come and go.

8   Q          And so the other symptoms, I know that

9   you had reported at one point having bloody stools.

10  Is that something that you continue to have?

11  A          It does -- it does come and go, yes,

12  ma'am.

13  Q          And I know that you said earlier that

14  you have ulcers.  I mean, is it your belief that

15  the blood is coming from issues with your ulcers?

16  A          Well, when I first complained to

17  Ms. Tami Hounshell about that situation, at the

18  time it was only bright red blood, and she told me

19  that if it was coming from the ulcers that it would

20  not be bright red blood.  And then I let her know

21  like about it being bright red with dark clots in

22  it also, but not -- but it's not -- it's not as bad

23  as it was, but it does come and go.

24  Q          But I have not seen where you have been

25  submitting any medical request slips for that;

```
 1   correct?

 2   A          Correct.

 3   Q          Kind of going back to when you were in

 4   Madison County, I was looking at your complaint

 5   when I was getting ready for today, and in that

 6   complaint you talked about how you saw Roy

 7   Washington, who was the A.P.R.N. over there.  Do

 8   you recall that?

 9   A          Yes.

10   Q          And the allegation in the complaint is

11   that he told me that I needed to see a GI

12   specialist.  What exactly did he tell you?

13   A          He told me that it was nothing more

14   that they could do for me there, that he was

15   referring me to see a gastroenterologist, GI

16   specialist.

17   Q          And did he tell you what he thought

18   might be wrong with you or what his concerns might

19   be?

20   A          No, ma'am, he did not.  And actually

21   all of my visits there was pretty much based on

22   what I was telling them.  I was never checked or

23   anything like that.  I mean, they did give me the

24   -- I forget what it's called, but where you put a

25   stool specimen and they mail it off or whatever,
```

1  but other than that I was not checked at all.  I

2  was just -- they was just basing everything off

3  what I was telling them.

4  Q        And had you had these sorts of symptoms

5  before you were in the Madison County jail ever in

6  your life?  Was this something that you'd had?

7  A        Not the blood in my stools, no.  I was

8  -- I did have stomach pains, and that's when I

9  found out that I had ulcers or whatever.  But

10  actually also when I was sent to the Clay County

11  Detention Center I was having stomach pain, and I

12  ended up going to the emergency room and had to

13  have my appendix removed.

14  Q        So going back, though, to when you saw

15  Roy Washington and he said he was going to send you

16  to a GI specialist or you needed a referral to a GI

17  specialist, did he tell you that the situation was

18  emergent?

19  A        I don't recall if he said it was

20  emergent or not, but I feel that anybody's having

21  numerous of complaints of blood in their stool,

22  it's got to be some type of emergency.  That's not

23  normal.

24  Q        But as far as a doctor or an A.P.R.N.

25  or a physician's assistant, has anyone like that

1   told you that blood in your stool is an emergent

2   situation?

3   A          Directly, no.

4   Q          Okay.

5   A          But being that I was in a county jail

6   and for him to refer me to a outside specialist,

7   you would somewhat say that that's emergent.

8   Q          Well, I guess I want to make sure that

9   I'm kind of clear.  I'm not saying that it's not

10  important or it doesn't need to be addressed.

11  A          Uh-huh.  (Affirmative)

12  Q          It's just whether it was something that

13  was emergent in the sense that, boy, we need to get

14  you out of here right away to have this taken care

15  of.  Do you see the distinction that I'm making?

16  A          I understand where you're coming from,

17  yes.

18  Q          So as far as emergent, A.P.R.N.

19  Washington didn't tell you that it was an emergent

20  situation?

21  A          No.  He did not say if it was emergent

22  or nonemergent.

23  Q          And with respect to what happened after

24  this referral was made, my understanding is that

25  there was a question about your health insurance.

1  Do you recall that?

2  A          What, if I had health insurance?

3  Q          My understanding is that Madison County

4  jail wanted, if you had insurance, for the

5  insurance to pay, and that you had to get a medical

6  card from somebody in your family maybe and it was

7  from South Carolina.  Is that familiar?

8  A          Yes, ma'am.

9  Q          Can you tell me about that?

10 A          So they let me know that I needed -- if

11 I had medical insurance, that they could make the

12 appointment.  So I let them know that I did and

13 that I could get my mother to send my insurance

14 card in.  So my mom sent my insurance card in, and

15 Tami started trying to -- Ms. Tami Hounshell

16 started trying to schedule an appointment.  It took

17 her a while, but she eventually found someone that

18 took my insurance, I think, and they wanted me to

19 have other tests taken before I actually seen the

20 GI specialist.

21 Q          Uh-huh.  (Affirmative)

22 A          And she told me that it was a lot of

23 paperwork, too much paperwork to do or whatever,

24 and I never had the other tests done.

25 Q          So my understanding, then, from what

1  you've said is you believe that Ms. Hounshell

2  simply decided not to go through with scheduling

3  the testing for you because it was too much

4  paperwork for her?

5  A        Yes.

6  Q        Did you submit any sort of grievance

7  with the jail or go to see A.P.R.N. Washington

8  about this?

9  A        Well, in order to see A.P.R.N.

10 Washington, it has to be done by Ms. Tami

11 Hounshell, but yes, I did file a grievance.

12 Q        So it is your belief that Ms. Hounshell

13 simply decided that this was too much work for her

14 and she was not going to get you tested after

15 having gotten a GI appointment for you?

16 A        I can only go by what she told me.

17 Q        And when did she tell you that?

18 A        Oh, I'm not sure.  That's been a while

19 ago.  It was sometime during that situation because

20 I would always ask, have you made the appointment

21 or whatever, and I was back and forth to the nurse

22 daily -- or not daily but, you know, the occurring

23 problem.

24 Q        Did Nurse Hounshell ever tell you that

25 the jailer would not allow you to be taken out of

1   the jail for the testing?

2   A          No, I was not ever told that.

3   Q          Did she ever tell you that Roy

4   Washington was going to have to work it out with

5   the jailer?

6   A          No.

7   Q          Do you believe that she had the ability

8   to send you out for the testing without the

9   permission of the jailer?

10  A          Well, being that I know how that

11  process worked, it would have been her job to

12  schedule the appointment.  And once she scheduled

13  the appointment, then it's the jail's job to get me

14  there.  But being that the appointment was never

15  scheduled, then of course the jail's not going to

16  take me to a appointment that's not scheduled.  If

17  the appointment had've been made and then the jail

18  wouldn't have took me to the appointment, then the

19  suit would've been on the jail versus being on the

20  nurse for not getting the appointment.

21  Q          So you have based your complaint on the

22  belief that the jail was not aware that you were to

23  go out to this testing?

24  A          I mean, I can't say if they were aware

25  or not, but I can say that the appointment wasn't

1   made.  And they can only take me if there's an

2   appointment.  They can't just take me and then get

3   the appointment.  The appointment has to be made

4   first, and then the jail has to take me to the

5   appointment.

6   Q            So it is your belief that even if

7   Ms. Hounshell was told by the jail staff that they

8   would not take you to the appointment, she should

9   have gone ahead and made an appointment anyway?

10  A            That's her job.  She was the head nurse

11  at the time.

12  Q            So regardless of whether she had been

13  told by the jail that it was not going to be

14  honored, she should have made an appointment for

15  you?

16  A            I mean, she's being told by a deputy.

17  That's not the person that actually runs the jail

18  or that is over that type of stuff, you know.

19  Q            Do you know who told Ms. Hounshell that

20  you would not be allowed to be taken out for

21  testing?

22  A            I was told -- in the paperwork it says

23  Deputy Greg Johnson.

24  Q            Do you know who Deputy Greg Johnson is?

25  A            He's not there anymore, but he was I

1    want to say over the court, transporting to and

2    from court or something like that.

3    Q          Is it fair to say that you do not know

4    whether or not it was within his authority to deny

5    Nurse Hounshell's request to take you for testing?

6    A          I do not.

7    Q          You do not know one way or another;

8    okay.

9          Do you know when you were transferred

10   from Madison County after this referral for the GI

11   appointment?

12   A          I want to say it was the 4th of July,

13   2018.

14   Q          Do you have any knowledge or

15   information about whether or not Nurse Hounshell

16   had raised the issue with A.P.R.N. Washington or

17   put you on the list to be seen by A.P.R.N.

18   Washington?

19   A          I'm not aware.

20   Q          Okay.  Since you were transferred from

21   Madison County, did you go to Montgomery County

22   initially or to Clay County initially?

23   A          With that situation I left Madison

24   County and went to Clay County.

25   Q          And how long were you in Clay County?

```
 1   A              Roughly four months.
 2   Q              During that period of time is when you
 3   had your appendix removed?
 4   A              Yes, I did.
 5   Q              At any time when you were at Clay
 6   County, did you receive any medical treatment for
 7   bloody stools, constipation, those sorts of things?
 8   A              Yes, I did.
 9   Q              And were you sent out for a GI referral
10   by that medical provider?
11   A              No, I was not.
12   Q              Did you request to be sent out?
13   A              No, I did not.
14   Q              And why was that?
15   A              I mean, I'm not really sure if you are
16   aware of how it works in the jail, but you can't
17   just request to the jail or whatever that you want
18   to go out to a outside appointment.  It doesn't
19   work like that.
20   Q              Oh, no, I understand that, but I assume
21   that at Clay County they have a similar process to
22   what they have in Montgomery County and Madison
23   County, and that is when you are booked in they ask
24   you about your medical history, your medical
25   issues, and if you had an issue with, say, I was
```

```
 1    supposed to be seen by a GI specialist for my
 2    stomach issues, you could raise it then, and you
 3    could have raised it in a medical request slip;
 4    correct?
 5    A          They didn't ask.
 6    Q          Did you take it upon yourself to inform
 7    them, sir?  You don't seem to have a problem
 8    telling people what you think.
 9    A          No, I did not because that was --
10    Q          You're a pretty strong advocate for
11    yourself.
12    A          Thank you.  That was a problem that was
13    occurring at Madison County Detention Center, and
14    Madison County knew about it before they sent me to
15    Montgomery County.  That's part of the reason that
16    they sent me to Mont -- I mean, not Montgomery
17    County -- to Clay County.  That's part of the
18    reason that they sent me to Clay County.
19    Q          And what do you base --
20    A          Because I was complaining.  I was
21    complaining too much about medical problems.  And
22    that's the same exact reason that Clay County sent
23    me back to Madison County.
24    Q          Because you were complaining too much
25    about medical?
```

1   A            I was complaining about medical

2   problems too much, and Clay County did not want

3   Madison County sending inmates to them that needed

4   medical attention.

5   Q            So while you were at Clay County, what

6   sort of treatment did you receive for your

7   gastrointestinal issues?

8   A            I was put on Mirilax twice a day,

9   Mirilax and colace.  Well, I was already on colace,

10  but they increased how much colace I was getting

11  and put me on Mirilax.

12  Q            And did that help address your issues?

13  A            I mean, it soothed it some, but, I

14  mean, like I say, I still have the same problems,

15  just not as bad or as often as it was then.

16  Q            And with respect to Montgomery County,

17  have you requested through the A.P.R.N. or the

18  doctor who's the medical director there, have you

19  discussed with her that you had at one point been

20  directed to have a referral to a gastrointestinal

21  specialist?

22  A            Once again, I did not.

23  Q            Okay.

24  A            Part of the reason of not doing it is

25  because it's just going to cause stress and a

1   headache with the blame game back and forth, this

2   person should do it there, that should have been

3   done before you came here, you know, this, that,

4   and the third, the same thing I went through with

5   the eye doctor.

6   Q        With respect to your current

7   gastrointestinal condition, has any medical

8   provider told you that had you been referred --

9   sent out for that referral that your condition now

10  would be any different from what it is?

11  A        No, no one has told me that.

12  Q        And what medication are you currently

13  taking for your gastrointestinal issues?

14  A        I'm still on the colace, and I'm not

15  sure what the other pill is I take because they

16  just recently changed it.  I'm not sure the name of

17  it.

18              MS. BRANNON:  I do not believe that

19              I have any further questions,

20              Mr. Pendermon.  I don't know if

21              Ms. Zellen does or not.

22              ------------------------

23                   RE-EXAMINATION

24  BY MS. ZELLEN:

25  Q        I have just a couple.  One,

1   Mr. Pendermon, you told Ms. Brannon that part of

2   the reason that you were sent from Madison County

3   to Clay County was because you were complaining

4   about medical issues.  Do I understand that

5   correctly?

6   A        Yes, you did.

7   Q        Where did you get that understanding?

8   A        Tammy Allen.

9   Q        What did Tammy say to you?

10   A        She told me that I was being shipped

11   because I complained too much.  And the only thing

12   I was complaining about was medical issues, so

13   that's the only thing she could have been talking

14   about.

15   Q        Do you have any understanding of why

16   you were sent -- now am I correct you went to Clay

17   County, and then you came back to Madison County at

18   some point; right?

19   A        I'm sorry; you froze for like ten

20   seconds.

21   Q        I'm sorry.  After you went to Clay

22   County, you came back to Madison County; is that

23   right?

24   A        That's correct.

25   Q        And then do you have an understanding

1  of why you were transferred from Madison County to

2  Montgomery County?

3  A          I do actually, but that's irrelevant to

4  both cases.

5  Q          What is that reason?

6  A          It's just I feel that it's a situation

7  that doesn't has to be discussed right now because

8  it doesn't have anything to do with either case.

9  Q          Was it an alleged relationship with an

10  employee at the detention center?

11  A          Yes.

12  Q          And you filed a lawsuit about that as

13  well; right?

14  A          Exactly.  I did.

15  Q          But to your knowledge, that transfer to

16  Montgomery County didn't have anything to do with

17  your medical complaints, whether they were related

18  to your gastrointestinal issues or your vision?

19  A          No, they did not.

20  Q          Okay.  And then last question, I think

21  maybe, has anyone told you that your vision would

22  be any better right now if you had seen an eye

23  doctor sooner in 2019 than when you did?

24  A          No one has said that, no.

25                 MS. ZELLEN:  Okay.  That is all

```
 1                    the questions I have for you,

 2              Mr. Pendermon.

 3                   MS. BRANNON:  I have nothing else.

 4              ------------------------

 5              (DEPOSITION CONCLUDED)

 6         _____

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

STATE OF KENTUCKY )

COUNTY OF FAYETTE )


          I, MARYBETH C. SOWARDS, Certified Court
Reporter and Notary Public, State of Kentucky at
Large, certify that the facts stated in the caption
hereto are true; that at the time and place stated
in said caption the witness named in the caption,
after being by me duly sworn, was examined by
counsel for the parties; that said testimony was
taken down in shorthand by me and later reduced to
typewriting under my direction; and the foregoing
is a true and complete record of the testimony
given by said witness.

          No party to said action nor counsel for
said parties requested that said deposition be
signed by the testifying witness.

          My commission expires:  January 11, 2023.

          In testimony whereof, I have hereunto set
my hand and seal of office on this, the 4th day of
November, 2020.


                    _____
                    MARYBETH C. SOWARDS
                    Certified Court Reporter (KY)
                    Certification No. 20041D115
                    Notary Public, State-at-Large
                    Notary ID No. 613817

          COLLINS SOWARDS LENNON REPORTING, LLC        64

**Witness:  Andre Sa'Mone Pendermon**                                    **Date:  10/13/20**

---

## $

**$15** [1] 14:4
**$500** [1] 14:12

---

## 1

**1** [1] 2:18
**1:05** [1] 1:28
**1:06** [1] 3:3
**100** [1] 2:7
**108** [1] 7:5
**11** [1] 64:17
**13** [1] 1:27
**13th** [1] 3:2
**14** [1] 36:23
**15th** [1] 10:12
**16th** [1] 10:12
**1983** [7] 32:1 33:7 43:19,24 44:2 46:11 47:9
**1st** [1] 26:17

---

## 2

**2** [1] 2:19
**20** [1] 45:15
**20041d115** [1] 64:23
**2010** [2] 13:17,20
**2016** [3] 8:3 19:1,10
**2017** [10] 7:14,16 9:2,15 10: 22,25 19:11 20:4 28:12 39: 15
**2018** [7] 10:2,3 19:19 20:15, 17 21:24 56:13
**2019** [13] 10:14 15:2,3 17:7 22:5 23:23 26:17 35:22 36: 10 41:17 42:14 44:7 62:23
**2020** [5] 1:27 3:2 41:15,18 64:20
**2023** [1] 64:17
**21st** [3] 17:7 23:23 38:7
**23rd** [2] 8:16,19
**25th** [2] 7:14,16

---

## 3

**3** [2] 2:20,21
**30** [1] 45:16
**301** [1] 2:14

---

## 4

**40507** [2] 2:8,15
**45** [1] 2:21
**46** [1] 2:22
**4th** [3] 10:2 56:12 64:19

---

## 5

**5:19-cv-00452-dcr** [1] 1: 4
**50** [1] 14:7
**55** [1] 12:3

---

## 6

**60** [3] 2:22,23 14:10
**613817** [1] 64:25
**63** [1] 2:23
**64** [1] 2:24

---

## 7

**700** [1] 2:6
**751** [1] 6:10

---

## 8

**800** [1] 2:13

---

## A

**a.p.r.n** [8] 49:7 50:24 51: 18 53:7,9 56:16,17 59:17
**ability** [1] 54:7
**able** [6] 5:18 23:12,16 35: 23,25 42:22
**above-styled** [1] 1:31
**accuracy** [1] 26:19
**accurate** [2] 29:1 47:23
**action** [5] 1:4,32 44:2 47:9 64:14
**actions** [1] 27:2
**actually** [29] 6:20 10:2 11: 15 12:9 15:12 18:1,10,20 19:12,20,20 20:8,9,21 22:9 24:12 25:6 33:24 36:21 38: 22 40:15 46:16,17 47:2 49: 20 50:10 52:19 55:17 62:3
**address** [6] 6:8 7:16,20 46: 20,21 59:12
**addressed** [4] 26:9 29:11 31:5 51:10
**advocate** [1] 58:10
**affirmative** [3] 17:5 51:11

---

**52:21**
**ago** [2] 28:8 53:19
**ahead** [8] 6:22 20:11 31:25 37:8 39:24 40:5 46:15 55:9
**al** [2] 1:18 3:6
**allegation** [1] 49:10
**allegations** [1] 17:2
**allege** [1] 17:6
**alleged** [1] 62:9
**allen** [7] 3:11,21 26:2 31:8 44:16,23 61:8
**allow** [1] 53:25
**allowed** [2] 24:7 55:20
**all's** [1] 37:13
**already** [2] 44:23 59:9
**altered** [1] 9:12
**alternate** [1] 24:23
**amanda** [9] 17:7 22:9 23:3, 6,12,22 26:18 30:1 41:17
**amended** [2] 9:9 36:19
**andre** [6] 1:5,22 3:5,5,14 4: 1
**another** [2] 37:9 56:7
**anybody's** [1] 50:20
**anyway** [5] 17:13 20:11 36: 4 37:15 55:9
**apostrophe** [1] 4:5
**appearances** [2] 2:1,19
**appendix** [2] 50:13 57:3
**appointment** [51] 16:22 19:23 21:1,15,20,21,22 22: 2,6,21 23:8,22 24:3,6,8,14, 15 25:16 26:4 31:10,16 38: 4,14,16,18 39:4,25 40:6 44: 10 46:15 52:12,16 53:15,20 54:12,13,14,16,17,18,20,25 55:2,3,3,5,8,9,14 56:11 57: 18
**appreciate** [1] 25:12
**appropriate** [1] 4:18
**approval** [3] 24:14 25:15 31:23
**approve** [3] 24:13 26:25 31:15
**approximate** [1] 1:28
**april** [2] 10:12 15:2
**around** [6] 9:25 23:24 24:

---

**22** 31:17,20 46:13
**arrived** [1] 36:15
**assault** [3] 8:8 9:3 36:12
**asserting** [2] 42:25 44:22
**assigned** [2] 15:11,20
**assignment** [1] 15:14
**assistant** [2] 38:23 50:25
**assume** [1] 57:20
**astigmatism** [3] 34:23 35: 2,10
**attempted** [2] 9:3 36:11
**attend** [3] 11:24 12:6,11
**attention** [2] 47:1 59:4
**attorney** [3] 40:12,20 41:4
**august** [1] 15:18
**authority** [1] 56:4
**automatically** [1] 32:15
**avenue** [3] 7:5,15,20
**aware** [6] 28:15 32:11 54: 22,24 56:19 57:16
**away** [1] 51:14
**awry** [1] 46:25

---

## B

**back** [19] 6:6 13:9,15 25:24 29:9 31:25 33:13,19 37:3 43:13,22 45:24 49:3 50:14 53:21 58:23 60:1 61:17,22
**bad** [5] 17:15 35:7 48:6,22 59:15
**base** [1] 58:19
**based** [2] 49:21 54:21
**basically** [3] 16:21 26:22 27:1
**basing** [1] 50:2
**became** [1] 6:15
**bed** [1] 36:4
**begin** [1] 3:7
**behalf** [6] 1:5,23 2:2,9 3:13 5:12
**behind** [1] 5:7
**belief** [4] 48:14 53:12 54: 22 55:6
**believe** [4] 30:16 53:1 54:7 60:18
**better** [2] 44:12 62:22
**between** [5] 9:15 42:14 43:

---

**Witness:  Andre Sa'Mone Pendermon**                                    **Date:  10/13/20**

1 44:16,19

**big** [1] 5:2

**bit** [2] 9:12 35:8

**blame** [2] 25:25 60:1

**blood** [6] 48:15,18,20 50:7, 21 51:1

**bloody** [2] 48:9 57:7

**blurred** [4] 35:4,8,18,22

**blurriness** [2] 35:11,20

**blurry** [2] 35:3,15

**booked** [9] 7:3,12 8:23 9:2 10:16 11:1 28:5,11 57:23

**boom** [1] 26:3

**both** [3] 4:12 26:1 62:4

**boy** [1] 51:13

**brannon** [16] 2:4,22 3:12, 12 40:21 45:1,6,11,12,18 46:2,4 47:2 60:18 61:1 63: 3

**break** [6] 4:25 5:7 33:10 45:13,19,23

**brick** [2] 12:12 13:18

**bridge** [1] 27:3

**brief** [1] 45:23

**briefly** [1] 12:14

**bright** [3] 48:18,20,21

**bring** [2] 30:6,7

**brittany** [27] 1:18 2:2 3:6, 13 23:3,4,8,10 24:4,9,16 25: 14,19 26:1 31:14,22 32:2 38:15 40:3,13 43:25 45:2, 12 46:4,11 47:9,11

**brittany's** [3] 40:12,20 41: 4

**brought** [4] 7:22 19:25 24: 24 43:13

**building** [1] 12:19

**business** [1] 13:11

**busy** [1] 31:20

**buy** [2] 20:9 40:9

**buying** [1] 40:8

### C

**call** [3] 17:12,16 37:12

**called** [2] 37:11 49:24

**calls** [1] 20:22

**came** [10] 9:24 22:1,2 36:

22 43:19,25 46:24 60:3 61: 17,22

**capital** [1] 4:5

**caption** [4] 2:18 64:5,7,7

**card** [4] 22:24 52:6,14,14

**care** [4] 18:15 25:5 29:13 51:14

**carolina** [11] 6:6 7:21,25 10:23 11:5,25 13:10 14:16 18:18 27:19 52:7

**case** [3] 3:5 9:10 62:8

**cases** [1] 62:4

**caught** [1] 47:1

**cause** [3] 18:13 35:23 59: 25

**causes** [2] 35:3,11

**cell** [10] 33:4 36:3,5,8,14,16, 18,22,25,25

**cells** [2] 36:23 37:2

**center** [14] 6:13,19,23 7:4 11:16,17 13:23 16:20 28:6 37:4 44:15 50:11 58:13 62: 10

**centers** [1] 14:18

**central** [1] 1:3

**certain** [1] 32:12

**certificate** [2] 2:24 12:12 13:19

**certification** [1] 64:23

**certified** [3] 1:25 64:3,22

**certify** [1] 64:5

**chair** [2] 4:21 5:6

**change** [1] 29:7

**changed** [1] 60:16

**channels** [1] 37:11

**charged** [2] 8:22 9:1

**charges** [12] 8:6,12,15,20, 24 9:1,9,12 36:6,7,11,19

**chart** [1] 22:13

**cheaper** [1] 40:10

**checked** [7] 17:16 20:11 39:6,8,10 49:22 50:1

**chenault** [1] 6:10

**chief** [2] 16:19 38:16

**children** [1] 5:24

**chronology** [1] 7:12

**civil** [2] 1:4,31

**claims** [6] 5:13 43:1,6 44: 21 47:8,15

**clarified** [1] 6:7

**class** [2] 16:19 38:22

**classified** [1] 15:18

**clay** [16] 9:21 10:1 50:10 56:22,24,25 57:5,21 58:17, 18,22 59:2,5 61:3,16,21

**clear** [1] 51:9

**cleared** [1] 36:25

**clients** [2] 5:12 44:14

**clothes** [1] 37:17

**clots** [1] 48:21

**colace** [4] 59:9,9,10 60:14

**columbia** [1] 12:13

**come** [6] 17:11 24:22 33: 22 48:7,11,23

**coming** [3] 48:15,19 51:16

**commencing** [1] 1:27

**commission** [1] 64:17

**compensate** [1] 36:1

**complained** [3] 43:24 48: 16 61:11

**complaining** [6] 58:20,21, 24 59:1 61:3,12

**complaint** [12] 16:14 17:3 26:16 33:7 34:21 42:25 43: 18 48:3 49:4,6,10 54:21

**complaints** [5] 44:13,20 47:21 50:21 62:17

**complete** [2] 30:17 64:12

**computer** [2] 32:17 33:3

**concerns** [1] 49:18

**concluded** [1] 63:4

**condition** [4] 39:22 47:24 60:7,9

**considered** [1] 42:23

**consist** [1] 22:12

**constant** [3] 33:16,21,22

**constipation** [1] 57:7

**construction** [1] 12:20

**contact** [1] 27:14

**continue** [1] 48:10

**conversation** [3] 4:13 30: 6,25

**conversations** [2] 30:21 31:9

**convicted** [2] 8:7,8

**coordinator** [2] 16:20 38: 22

**coordinators** [2] 15:25 16:1

**cope** [5] 12:22,24 13:2,6 14:3

**c-o-p-e** [1] 12:25

**copy** [6] 22:23 26:12 46:17, 18,19 47:4

**corners** [1] 33:19

**coronavirus** [1] 36:22

**correct** [16] 8:14 9:7 17:9, 10 21:2 23:19 25:18 29:6 46:5 47:10,11 49:1,2 58:4 61:16,24

**correctly** [1] 61:5

**couldn't** [1] 25:16

**counsel** [3] 3:7 64:9,14

**couple** [5] 4:3,9 41:12 45: 5 60:24

**course** [2] 26:2 54:15

**court** [15] 1:1,25,33 3:22 4: 10 16:3,9,10 29:10 40:25 41:2 56:1,2 64:3,22

**cover** [3] 22:13,14 34:4

**coverage** [1] 22:20

**criminal** [1] 9:7

**cross** [2] 27:3,4

**current** [2] 6:8 60:6

**currently** [2] 8:6 60:12

### D

**daily** [3] 33:18 53:22,22

**dark** [1] 48:21

**day** [8] 5:2 10:17 24:20,21, 22 36:24 59:8 64:19

**days** [2] 26:17 33:9

**dealing** [1] 42:21

**december** [1] 38:7

**decided** [3] 20:10 53:2,13

**defendant** [1] 2:2

**defendants** [4] 1:7,20,24 2:9

**definitely** [1] 29:20

**degree** [3] 9:3,5 36:12

**deny** [1] 56:4

**Witness: Andre Sa'Mone Pendermon**                                      **Date: 10/13/20**

**deposition** [7] 1:22,29 3:4 4:7,7 63:4 64:15

**deputies** [1] 46:14

**deputy** [5] 16:19 39:2 55:16,23,24

**detail** [4] 13:12 14:9,13,14

**detention** [15] 6:13,18,23 7:3 11:16,17 13:23 14:18 16:20 28:6 37:4 44:14 50:11 58:13 62:10

**diagnose** [1] 33:24

**different** [7] 4:3 11:9,11 16:16 18:1 20:10 60:10

**directed** [1] 59:20

**direction** [1] 64:11

**directly** [1] 51:3

**director** [1] 59:18

**discuss** [1] 21:14

**discussed** [3] 44:23 59:19 62:7

**discussion** [1] 23:22

**dismiss** [1] 47:8

**dismissed** [1] 32:15

**distinction** [1] 51:15

**district** [8] 1:1,2,33,33 3:22,23 12:3,13

**disturbance** [1] 8:9

**division** [1] 1:3

**doctor** [35] 18:5,14 19:22 20:25 22:2,6,19 23:18 25:6 26:7,24 27:4,15,18 30:11 33:23,24,24 34:14,25 37:25 38:2,10 40:11 42:3 43:2,8, 11,23 44:10,17 50:24 59:18 60:5 62:23

**doctors** [5] 19:7 28:20,21, 22 40:8

**doctor's** [2] 24:13 26:3

**document** [2] 46:6,7

**doing** [1] 59:24

**done** [5] 26:3 43:15 52:24 53:10 60:3

**doubt** [1] 26:19

**down** [8] 4:13,17 5:8 9:10 30:3 36:19 38:9 64:10

**dropped** [1] 9:9

**due** [3] 17:23 30:12 41:23

**duly** [2] 3:15 64:8

**during** [4] 24:17,19 53:19 57:2

---

## E

**each** [1] 11:9

**earlier** [3] 25:3 37:23 48:13

**early** [2] 8:2 10:3

**earning** [1] 14:11

**east** [1] 2:14

**eastern** [3] 1:2,33 3:23

**easy** [1] 5:21

**eight** [1] 13:4

**either** [4] 14:1 33:23 37:19 62:8

**e-mails** [1] 31:5

**emergency** [5] 42:16,20, 24 50:12,22

**emergent** [8] 50:18,20 51:1,7,13,18,19,21

**emotional** [1] 8:9

**employee** [1] 62:10

**employer** [1] 12:21

**employment** [1] 12:15

**encounter** [1] 29:14

**end** [1] 38:3

**ended** [3] 15:4 36:21 50:12

**endurance** [1] 5:2

**entire** [3] 8:1 41:16,18

**entirely** [1] 46:24

**entitled** [1] 21:12

**eric** [2] 40:16 43:24

**et** [2] 1:18 3:6

**even** [2] 46:13 55:6

**eventually** [1] 52:17

**everybody** [1] 46:23

**everything** [4] 4:11 40:14 46:12 50:2

**exact** [1] 58:22

**exactly** [6] 18:8 31:4 33:1, 2 49:12 62:14

**exam** [11] 17:8,12,20 22:10, 17 23:15 26:18 28:24 30:1, 2 39:5

**examination** [4] 2:21,22 3:17 46:1

**examined** [2] 3:16 64:8

**exchange** [2] 9:8,13

**experiencing** [2] 20:6 21:24

**expert** [1] 42:23

**expires** [1] 64:17

**explain** [1] 17:3

**express** [2] 14:14 42:19

**extent** [1] 23:21

**extreme** [1] 8:9

**eye** [56] 16:22 17:8,12,20 18:14,15 19:7,22 20:25 21:15 22:2,6,9,13,14,15,19 23:15,18 24:3,13 25:6 26:3,7, 18,24 27:4,14,18 28:20,21, 22 30:1,2,10 31:9 33:24 34:23,25 35:4,9 37:25 38:2,10 39:5 40:8,10 42:3 43:2,8, 11,23 44:9,17 60:5 62:22

**eyeglass** [3] 17:24 26:6 28:12

**eyeglasses** [3] 18:3 28:25 43:4

**eyes** [4] 17:16 20:11 33:19 34:4

---

## F

**face-to-face** [1] 30:20

**facilities** [3] 11:9,11,13

**facing** [1] 8:24

**fact** [5] 26:23 28:16 30:13 41:23 42:5

**facts** [1] 64:5

**fair** [1] 56:3

**fall** [1] 40:19

**familiar** [1] 52:7

**family** [3] 13:9 14:9 52:6

**far** [3] 34:24 50:24 51:18

**fayette** [4] 9:23 10:7,11 64:2

**federal** [4] 1:30 3:22 16:3, 10

**feel** [2] 50:20 62:6

**felony** [1] 9:5

**felt** [1] 42:20

**female** [1] 7:23

**few** [3] 13:15 17:25 47:14

**fifty** [1] 14:10

**figure** [1] 48:3

**file** [11] 19:24 20:23 21:3 32:6,13,13,14,16 43:14,17 53:11

**filed** [22] 1:30 3:22 16:2,5,6, 8,10,14,15 25:25 26:14,15 29:19,20 31:18 32:1,17 33:7 37:23 44:3,7 62:12

**filing** [1] 37:9

**filled** [3] 17:16 20:22 40:5

**final-sentenced** [1] 15:17

**fine** [3] 33:12 34:18 42:12

**finish** [1] 11:22

**finished** [1] 42:13

**first** [13] 3:15 6:7 7:12 8:3 9:3,5 15:16 17:6 22:5 36:12 43:21 48:16 55:4

**folks** [1] 16:17

**following** [1] 10:17

**follows** [1] 3:16

**follow-ups** [1] 45:5

**foods** [1] 47:23

**foregoing** [1] 64:11

**forever** [1] 28:8

**forget** [1] 49:24

**forth** [3] 25:24 53:21 60:1

**forty-five** [1] 14:7

**forwarded** [1] 47:4

**found** [2] 50:9 52:17

**four** [2] 13:14 57:1

**fourth** [2] 27:24 28:3

**frame** [3] 9:25 13:21 14:24

**framer** [1] 12:19

**frames** [3] 20:10 40:1,3

**frequently** [1] 33:16

**friend** [1] 7:23

**front** [1] 40:15

**froze** [1] 61:19

**frustrated** [1] 32:5

**full** [1] 3:24

**further** [2] 27:2 60:19

---

## G

**gabbard** [1] 39:2

**game** [2] 25:25 60:1

---

**COLLINS SOWARDS LENNON REPORTING, LLC**
**859.402.0900**

**Witness:  Andre Sa'Mone Pendermon**                                              **Date:  10/13/20**

gastroenterologist [1] 49:15

gastrointestinal [6] 47: 19 59:7,20 60:7,13 62:18

gave [1] 17:8

ged [2] 12:13 13:16

general [1] 36:9

getting [7] 20:5 35:15,19 38:3 49:5 54:20 59:10

gi [9] 49:11,15 50:16,16 52: 20 53:15 56:10 57:9 58:1

give [4] 5:2 34:12 47:22 49: 23

given [3] 4:6 39:5 64:13

glasses [23] 17:13 27:23, 24 28:16,18 34:17,18 39:6, 9,10,13,24 40:9,9,15 41:14 42:8,15 43:7,16,20 44:18 46:16

got [12] 6:22 12:13 19:13 20:3 32:4 34:22 40:15 42:8, 15 44:17 46:16 50:22

gotten [3] 27:9 39:14 53: 15

grade [1] 27:24

grader [1] 28:3

greenville [2] 11:16 13:22

greg [2] 55:23,24

grievable [1] 21:10

grievance [13] 21:3 32:6,9, 10,11,14,16,17,19,21 33:6 53:6,11

grieve [1] 21:10

ground [1] 4:10

guess [7] 8:7 31:14 32:18 44:12 47:3,17 51:8

guessing [1] 46:19

guilty [5] 8:15 9:8,11,13 36: 20

**H**

had've [1] 54:17

hand [2] 14:14 64:19

hands [1] 34:5

happen [1] 11:13

happened [6] 17:22 22:17 23:20 24:2 31:21 51:23

happens [2] 34:25 35:1

hard [2] 4:16,17

head [5] 4:14,15 23:10 33: 20 55:10

headache [2] 34:20 60:1

headaches [2] 20:21 33: 25

health [1] 51:25 52:2

hear [2] 31:24 37:3

heard [1] 37:20

held [1] 14:18

help [2] 27:25 59:12

helpful [1] 4:19

helps [1] 35:20

hereto [1] 64:6

hereunto [1] 64:18

high [4] 11:22,24 12:2,8

history [2] 12:15 57:24

hold [1] 25:11

holding [2] 24:11 25:24

home [1] 46:23

honestly [1] 44:5

honored [1] 55:14

hopefully [3] 5:3 42:13 45: 3

hounshell [10] 47:16 48: 17 52:15 53:1,11,12,24 55: 7,19 56:15

hounshell's [1] 56:5

hour [3] 1:28 14:4 34:19

hours [2] 14:5,10

housed [3] 29:12 30:15 36: 8

huh-uh [1] 4:15

hurts [1] 33:18

**I**

ibuprofen [3] 34:12,13 41: 24

id [1] 64:25

important [1] 51:10

impression [1] 43:22

imprisonment [1] 8:10

incarcerated [13] 6:4,16, 21 9:16 13:7,22 16:6 19:16, 17,18 22:1 39:16,18

increased [1] 59:10

index [2] 2:17,19

inform [1] 58:6

information [1] 56:15

initially [2] 56:22,22

inmate [2] 24:10 30:13

inmates [2] 37:1 59:3

instead [1] 4:15

insurance [8] 51:25 52:2, 4,5,11,13,14,18

intermittent [1] 33:21

interpret [1] 4:16

introduce [1] 3:8

introduction [1] 2:20

irrelevant [1] 62:3

isolation [8] 36:2,5,8,14, 16,18,22 37:1

issue [3] 29:5 56:16 57:25

issues [10] 47:20 48:15 57: 25 58:2 59:7,12 60:13 61:4, 12 62:18

**J**

jackson [1] 2:5

jail [34] 7:13 8:6 10:20,23 11:2 12:16 15:23 16:17 21: 15 25:5 28:21 32:9 36:7 37: 1,15 38:21 40:19 43:13 46: 11 47:12 50:5 51:5 52:4 53: 7 54:1,17,19,22 55:4,7,13, 17 57:16,17

jailer [7] 16:19 40:16 43:19 46:17 53:25 54:5,9

jailers [1] 46:14

jails [1] 9:17

jail's [2] 54:13,15

jane [4] 2:4 3:12 45:12 46: 4

january [5] 15:2 41:15,15, 17 64:17

job [13] 12:15,18 13:6 15:7, 11,20,23 21:19,20,22 54:11, 13 55:10

jobs [1] 14:17

johnson [2] 55:23,24

jones [13] 3:10,21 26:2,10 29:4 30:24,25 31:13 37:6 40:16 43:25 44:15,22

journal [1] 25:3

july [5] 8:15,17 10:2 19:4 56:12

jump [1] 45:1

june [6] 8:16,16,19,19 15: 17 19:4

**K**

keep [1] 25:3

kelly [1] 2:5

kentucky [25] 1:2,26,33 2: 8,15 3:23 6:1,5,11,17 7:6, 22 8:4 9:18 12:16 14:19 16: 3,6,9 18:19,20 19:3 22:22 64:1,4

kidnapping [2] 9:4 36:12

kind [7] 15:24 17:1 32:4 34: 15 35:19 49:3 51:9

kinkead [1] 2:12

kiosk [1] 33:4

kitchen [1] 14:22

knowing [2] 21:6,7

knowledge [4] 40:8 46:12 56:14 62:15

known [1] 32:18

ky [1] 64:22

**L**

lane [1] 6:10

large [2] 1:26 64:5

last [4] 5:17 27:8 41:10 62: 20

later [1] 64:10

laurens [4] 11:16 12:3 13: 25 14:16

l-a-u-r-e-n-s [2] 11:17 12: 4

lawsuit [13] 3:21 16:21 26: 1,14,15 29:19,21 32:13,14 37:9,24 40:18 62:12

lawsuits [4] 16:2,5,8,16

leave [1] 34:19

leaving [1] 13:5

left [2] 15:4 56:23

lenses [2] 40:3 43:23

letter [16] 26:9,11,21 27:11 29:3,6,23,24 31:3,13,22 37: 5,13,21 40:15 41:8

**Witness:  Andre Sa'Mone Pendermon**                                    **Date:  10/13/20**

letters [1] 31:5

lexington [4] 1:3,34 2:8, 15

lieutenant [1] 39:2

life [2] 8:1 50:6

line [3] 40:10 43:21 44:1

list [1] 56:17

little [5] 6:22 9:12 25:7,7 35:8

live [4] 6:1,3,8 7:19

lived [4] 7:9,15,24 8:3

living [4] 6:4,5,15 7:2

long [13] 5:3,4 7:9,24 8:11 13:2,13 17:19 27:23 40:11 45:15 47:20 56:25

look [2] 22:14 42:10

looking [3] 22:13 47:17 49:4

looks [1] 47:18

lot [2] 4:14 52:22

lowell [3] 7:5,15,20

l-o-w-e-l-l [1] 7:7

lying [1] 36:4

lynn [5] 2:11 3:9,19 29:16 44:4

## M

ma'am [24] 4:8,20 5:14,20, 23 6:14 7:1,8,18 9:14,19 10:9,18,21 16:23 18:4 20: 14 27:17 30:23 31:2 42:9 48:12 49:20 52:8

made [18] 17:2 21:1 25:8 36:24 38:14,15 43:7,18 46: 15,15 48:2 51:24 53:20 54: 17 55:1,3,9,14

madison [56] 1:24 2:9 6: 18,23 7:3,13 8:23 9:2,16 10:5,8 11:1 12:16 14:22 16: 17,20 19:21 20:1,16,24 22: 3 24:10,12,12 25:15,20,22, 22 28:6,11 29:9 31:15,23 37:4,20 39:16,19 42:1 44: 14 46:13 47:15 49:4 50:5 52:3 56:10,21,23 57:22 58: 13,14,23 59:3 61:2,17,22 62:1

magoffin [4] 18:22,23 19: 8 27:15

mail [2] 46:18 49:25

mailed [3] 41:1,3,4

main [2] 2:7,14

many [2] 14:5 17:22

margaret [1] 2:4

married [1] 5:22

marybeth [3] 1:24 64:3,21

masonry [2] 12:12 13:19

matter [1] 20:4

mean [11] 21:17 32:15 40: 25 48:14 49:23 54:24 55: 16 57:15 58:16 59:13,14

med [3] 24:17,19 32:2

medicaid [2] 22:22,23

medical [36] 16:17 19:21, 24 20:1,16,23 21:16,20 22: 20 23:2 25:5 28:7 32:9,11, 19 37:19 41:22 47:18,24 48:25 52:5,11 57:6,10,24, 24 58:3,21,25 59:1,4,18 60: 7 61:4,12 62:17

medication [4] 5:16 34:8, 15 60:12

member [1] 28:11

members [1] 21:15

memory [2] 11:12 29:17

michael [1] 39:2

middle [1] 4:2

might [3] 5:12 49:18,18

migraine [8] 17:17,18 20: 6,17,21 33:25 34:3 41:19

migraines [12] 17:15,19, 23 18:2,6,13 21:25 27:12 33:15,16 34:16 35:15

minute [2] 33:11 42:10

minutes [1] 45:16

mirilax [3] 59:8,9,11

mom [1] 52:14

m-o-n-e [1] 4:5

mont [1] 58:16

montgomery [34] 6:12,16, 25 9:17 10:17,19 15:5,8,11 16:18 17:8 22:7 24:11 25: 23 30:11,15 32:6 36:15 37: 18 38:12 40:17 41:22 43:3

46:10 47:12,18,25 56:21 57:22 58:15,16 59:16 62:2, 16

months [3] 13:4 41:12 57: 1

moore [13] 1:18 2:2 3:6,13 23:4,10 26:1 45:3,13 46:4, 11 47:9,11

morning [1] 15:15

mostly [2] 34:11 36:3

mother [1] 52:13

mount [1] 6:10

mouth [1] 47:7

moved [1] 19:2

moving [1] 36:21

ms [34] 2:4,11,21,22,23 3:9, 12,18 29:16 40:21 44:4,25 45:1,6,8,11,18 46:2,5 47:2, 3 48:17 52:15 53:1,10,12 55:7,19 60:18,21,23 61:1 62:25 63:3

much [13] 28:17 30:9 40: 10 48:4 49:21 52:23 53:3, 13 58:21,24 59:2,10 61:11

multiple [1] 11:6

murder [2] 9:3 36:11

myself [1] 36:3

mysteriously [1] 26:3

## N

name [6] 3:19,24 4:3 14:13 46:3 60:16

named [1] 64:7

names [1] 38:24

narrowed [1] 30:3

nature [1] 36:6

necessarily [1] 16:4

need [11] 4:24 5:7 18:7 21: 14 22:1 26:7 33:10 35:14 45:13 51:10,13

needed [17] 19:22 20:25 22:18,19 23:13,17 26:23 28:12 33:14 36:23 39:7,12, 21 49:11 50:16 52:10 59:3

needing [1] 17:24

never [4] 19:22 49:22 52: 24 54:14

new [27] 17:14,24 18:7,10 19:6,11 20:3,7 23:13 27:6, 9 28:12 33:14 35:1,6,14,19 39:7,12,21,24,25 40:2,3 41: 14 42:8,15

next [4] 15:10 22:17 23:20 24:2

night [3] 5:17 9:23 10:11

night's [1] 5:17

nine [4] 13:4 26:17 28:1,2

nod [1] 4:14

nonemergent [1] 51:22

nor [1] 64:14

nordin [2] 18:15 19:8

normal [1] 50:23

normally [1] 17:13

n-o-r-t-o-n [1] 18:16

nos [1] 4:18

notarized [3] 40:17 41:7,8

notary [4] 1:25 64:4,24,25

notes [2] 25:3 42:11

nothing [3] 41:24 49:13 63:3

notice [1] 1:30

notified [1] 42:2

notify [1] 42:5

november [3] 10:3 44:7 64:20

numerous [1] 50:21

nurse [18] 17:7 22:9,21 23: 7,9,10,22 26:18 30:1 40:3, 13 41:17 53:21,24 54:20 55:10 56:5,15

nurses [1] 24:23

## O

oath [1] 3:15

obtain [2] 13:16,18

obtained [1] 15:7

occasion [2] 21:23,25

occasions [3] 11:6 18:1 25:21

occurring [2] 53:22 58:13

october [3] 1:27 3:2 26:17

offender [1] 9:5

office [2] 46:23 64:19

often [2] 48:5 59:15

**Witness:  Andre Sa'Mone Pendermon**                                    **Date:  10/13/20**

**okay** [30] 4:19,24 5:1,5 6:22 17:4 21:11 22:25 25:14 29:17 30:3 33:10,13 37:3 38:10 40:23 41:13 44:8,11, 20,25 45:6,18,20 51:4 56:8, 20 59:23 62:20,25
**old** [4] 11:20 27:25 36:25 39:25
**once** [7] 24:22 34:17 35:5 43:11 46:3 54:12 59:22
**one** [25] 7:16 9:22 11:9 12:13 14:1 15:19 16:10 18:20 22:14 25:20 28:15 29:10 31:3,19 32:15 36:2 38:12 42:18 44:6 48:9 56:7 59:19 60:11,24 62:24
**ones** [2] 16:5,9
**only** [12] 9:22 11:18 17:17 32:15 34:12 37:1 48:4,18 53:16 55:1 61:11,13
**opinion** [1] 42:22
**opportunity** [1] 5:11
**opposed** [2] 16:9 21:16
**opposite** [1] 30:18
**order** [2] 43:20 53:9
**ordered** [1] 40:3
**ordering** [1] 44:1
**original** [1] 36:11
**originally** [1] 8:22
**other** [30] 5:10 9:17 12:6 15:20 16:5,5 18:3 21:23,25 22:14,15,21 23:7,8 24:18 29:6 30:20 31:5 33:24 34:15 44:20,21 47:14,21 48:5,8 50:1 52:19,24 60:15
**out** [22] 16:22 17:16 20:22 22:14 27:25 35:3,8 36:21,25 43:12,23 50:9 51:14 53:25 54:4,8,23 55:20 57:9,12,18 60:9
**outside** [2] 51:6 57:18
**over** [7] 4:9 7:11 21:3 42:11 49:7 55:18 56:1

**P**

**p.m** [2] 1:28 3:3
**page** [1] 16:25

**pain** [1] 50:11
**pains** [2] 48:5 50:8
**paperwork** [4] 52:23,23 53:4 55:22
**part** [5] 7:11 58:15,17 59:24 61:1
**parties** [2] 64:9,15
**party** [1] 64:14
**pass** [3] 24:17,19 32:3
**past** [3] 17:23 35:13,18
**pay** [1] 14:2 52:5
**pendermon** [15] 1:5,20, 22 3:5,6,14,19 4:1 11:20 45:9,11 46:3 60:20 61:1 63:2
**pending** [1] 1:32
**people** [2] 37:12 58:8
**per** [1] 14:12
**period** [1] 6:21 57:2
**permission** [1] 54:9
**persistent** [1] 9:5
**person** [2] 55:17 60:2
**personally** [2] 26:5 29:4
**pertains** [1] 16:21
**physician's** [1] 50:25
**pick** [1] 43:23
**pill** [1] 60:15
**place** [2] 38:6 64:6
**placed** [1] 3:15
**plaintiff** [1] 1:7
**plans** [1] 6:6
**plea** [1] 9:13
**pleading** [1] 9:8
**please** [4] 3:23 4:2 29:8 45:17
**pled** [3] 8:14 9:11 36:19
**pllc** [2] 2:5,12
**point** [4] 4:24 48:9 59:19 61:18
**poof** [1] 37:24
**population** [1] 36:9
**possible** [3] 21:6,8 46:24
**possibly** [1] 46:18
**postcard** [1] 25:8
**prescribe** [1] 34:15
**prescription** [33] 17:15, 24 18:7,10 19:6,11,14 20:4,

5,7,9 23:13 26:6 27:6,9 28:13 31:10 33:14 35:1,6,14, 20 39:7,11,12,21,25 40:2,5, 11 43:12,13,16
**pretty** [8] 11:12 28:17,22 30:3,9 38:8 49:21 58:10
**previously** [2] 1:30 27:15
**prior** [4] 7:16 10:22,24,25
**probably** [3] 13:4 29:1 40:21
**problem** [3] 53:23 58:7,12
**problems** [4] 42:7 58:21 59:2,14
**procedure** [2] 1:31 9:7
**procedures** [1] 32:12
**process** [3] 37:9 54:11 57:21
**promises** [1] 45:4
**prompted** [2] 20:6,18
**property** [3] 37:10,14,16
**provide** [1] 23:16
**provided** [2] 22:23 23:1
**provider** [2] 57:10 60:8
**public** [3] 1:25 64:4,24
**pursuant** [1] 1:29,30
**purvis** [1] 17:7
**put** [8] 5:6 37:1 43:14 47:6 49:24 56:17 59:8,11

**Q**

**quarantine** [2] 36:23,24
**question** [4] 15:10 44:12 51:25 62:20
**questions** [13] 5:11,19,22 28:7,15 40:21 45:2,14,20 46:6 47:14 60:19 63:1
**quick** [1] 4:9
**quit** [1] 32:5

**R**

**raise** [1] 58:2
**raised** [2] 56:16 58:3
**ready** [1] 49:5
**realize** [1] 16:15
**really** [11] 5:10 10:13 17:25 21:5 27:2 31:17 38:17 44:4 47:20 48:2 57:15
**reason** [12] 5:15 13:5 18:3,

6 26:19 40:4 58:15,18,22 59:24 61:2 62:5
**reasons** [1] 24:18
**recall** [8] 9:25 11:8 13:21 19:13,25 49:8 50:19 52:1
**receive** [3] 12:7 57:6 59:6
**received** [4] 40:13 41:14 43:3 46:7
**recently** [3] 41:9 47:19 60:16
**record** [4] 3:1,8,24 64:12
**recording** [1] 4:11
**records** [1] 47:18
**red** [3] 48:18,20,21
**reduced** [1] 64:10
**re-examination** [2] 2:23 60:22
**re-examine** [1] 28:18
**refer** [1] 51:6
**referral** [6] 50:16 51:24 56:10 57:9 59:20 60:9
**referred** [2] 46:7 60:8
**referring** [1] 49:15
**reflection** [1] 47:23
**regard** [1] 24:2
**regardless** [1] 55:12
**regional** [2] 10:20 47:12
**regular** [1] 27:18
**relate** [1] 5:12
**related** [2] 43:1 62:17
**relationship** [1] 62:9
**remember** [17] 11:13 13:24 14:24 18:21 20:2 27:11, 13,22 28:5,10 29:18 30:5, 21 32:20 33:1,2 41:13
**removed** [3] 36:18 50:13 57:3
**report** [1] 41:21
**reported** [1] 48:9
**reporter** [6] 1:25 3:1 4:10 45:24 64:4,22
**reporter's** [1] 2:24
**represent** [4] 3:10,20 16:18 45:12
**representing** [2] 37:8 46:4
**represents** [1] 45:2

**Witness:  Andre Sa'Mone Pendermon**                    **Date:  10/13/20**

**request** [6] 15:23 48:25 56:5 57:12,17 58:3
**requested** [3] 22:6 59:17 64:15
**resolve** [1] 35:5
**respect** [7] 23:20 25:4 47:15,24 51:23 59:16 60:6
**respond** [1] 33:9
**response** [2] 5:18 32:23
**restroom** [1] 5:8
**return** [1] 10:4
**returned** [1] 10:7
**richmond** [2] 6:17 7:5
**room** [1] 50:12
**roughly** [2] 7:10 57:1
**roy** [3] 49:6 50:15 54:3
**rule** [1] 36:7
**rules** [2] 1:31 4:10
**run** [2] 29:10 35:24
**runs** [1] 55:17

**S**

**s-a** [1] 4:5
**same** [9] 8:20 9:10 11:9 16:25 19:8 35:19 58:22 59:14 60:4
**sa'mone** [4] 1:20,22 3:14 4:1
**sarcastic** [1] 21:18
**saw** [7] 17:7 19:21 24:25 26:18 41:17 49:6 50:14
**saying** [3] 26:24 30:17 51:9
**says** [1] 55:22
**schedule** [5] 22:21 24:15 25:16 52:16 54:12
**scheduled** [6] 19:23 24:5,9 54:12,15,16
**scheduling** [4] 23:8,21 24:3 53:2
**school** [5] 11:22,24 12:2,8,11
**schools** [1] 12:7
**seal** [1] 64:19
**seat** [1] 4:25
**seconds** [1] 61:20
**security** [5] 21:16,19,21

**37:**19 38:20
**see** [23] 17:3 19:22 20:25 22:19 23:17 24:4,16,18 25:18 26:7,24 29:2 35:23 38:11 39:11 42:2,22 43:2 49:11,15 51:15 53:7,9
**seem** [2] 11:12 58:7
**seen** [9] 4:3 27:15 30:10 46:25 48:24 52:19 56:17 58:1 62:22
**send** [3] 50:15 52:13 54:8
**sending** [1] 59:3
**sense** [1] 51:13
**sent** [26] 29:3,22,24 31:12,21 33:8 37:5,14,15,21 40:17,25,25 46:8,19 50:10 52:14 57:9,12 58:14,16,18,22 60:9 61:2,16
**sentenced** [3] 8:17,19 9:11
**separate** [1] 44:2
**september** [5] 17:7 22:5 23:23 41:16 42:14
**series** [1] 28:7
**serving** [1] 8:11
**set** [2] 20:10 64:18
**several** [3] 11:8 16:2,16
**shake** [1] 4:14
**she's** [1] 55:16
**shipped** [1] 61:10
**shirt** [1] 34:7
**shoes** [1] 37:17
**shop** [3] 13:12 14:9,13
**short** [1] 45:19
**shorthand** [1] 64:10
**should've** [1] 37:14
**sick** [3] 17:12,16 20:22
**signed** [1] 64:16
**similar** [1] 57:21
**simply** [2] 53:2,13
**since** [7] 10:20 27:24 29:12 37:7 42:8 47:25 56:20
**sir** [1] 58:7
**sit** [1] 5:8
**sitting** [1] 36:4
**situation** [13] 25:7 26:22 30:22 31:1 42:16,17 48:17

**50:**17 51:2,20 53:19 56:23 62:6
**skipped** [1] 7:11
**sleep** [1] 5:17
**slip** [2] 17:12 58:3
**slips** [1] 48:25
**somebody** [1] 52:6
**someone** [2] 18:5 52:17
**sometime** [3] 8:2 21:24 53:19
**sometimes** [4] 18:11 24:21,22 35:17
**somewhat** [2] 35:7 51:7
**somewhere** [1] 31:17
**soon** [1] 19:2
**sooner** [1] 62:23
**soothed** [1] 59:13
**sorry** [9] 13:15 15:18 35:4,18 38:1 42:10 43:5 61:19,21
**sort** [3] 15:23 53:6 59:6
**sorts** [2] 50:4 57:7
**sound** [2] 4:19 21:18
**south** [11] 6:6 7:21,24 10:23 11:5,24 13:9 14:16 18:18 27:19 52:7
**sowards** [4] 1:25 2:11 64:3,21
**speaking** [1] 6:20
**speaks** [1] 45:6
**specialist** [8] 49:12,16 50:16,17 51:6 52:20 58:1 59:21
**specifically** [1] 47:15
**specimen** [1] 49:25
**spell** [1] 4:2
**spelled** [1] 4:3
**spent** [2] 9:23 10:10
**spicy** [1] 47:23
**spoke** [1] 29:4
**spring** [1] 8:2
**staff** [13] 20:1,16 21:16,16,20,21 23:2 28:11 37:19,20 38:19,20 55:7
**staff's** [1] 21:19
**standing** [3] 4:22,23 5:4
**start** [3] 5:21 34:20 35:14

**started** [3] 29:2 52:15,16
**state** [5] 1:26 3:24 16:8 64:1,4
**state-at-large** [1] 64:24
**stated** [3] 34:21 64:5,6
**states** [2] 1:1,32
**staton** [1] 39:3
**status** [1] 32:3
**sterling** [1] 6:10
**steve** [12] 3:10,20 26:1,6,9 29:3,5 30:21 31:13 37:5 44:15,22
**still** [10] 25:9 26:12 30:13 32:2 35:7 36:16 37:10 48:5 59:14 60:14
**stilz** [1] 2:12
**stomach** [5] 47:25 48:5 50:8,11 58:2
**stool** [3] 49:25 50:21 51:1
**stools** [3] 48:9 50:7 57:7
**street** [2] 2:7,14
**stress** [1] 59:25
**strong** [1] 58:10
**stuff** [3] 31:20 40:9 55:18
**submit** [3] 17:12 33:6 53:6
**submitted** [1] 32:20
**submitting** [1] 48:25
**sudden** [1] 37:24
**suit** [1] 54:19
**suite** [2] 2:6,13
**summer** [1] 8:2
**suppose** [1] 10:23
**supposed** [4] 18:10 19:5 27:6 58:1
**swore** [1] 4:10
**sworn** [1] 64:8
**symptoms** [9] 20:6,12,17,20 41:19,21 48:6,8 50:4

**T**

**talked** [2] 37:11 49:6
**tami** [5] 47:16 48:17 52:15,15 53:10
**tammy** [8] 3:11,21 26:2 31:8 44:15,22 61:8,9
**technically** [1] 30:13
**ten** [4] 8:13 28:2 33:9 61:19

**Witness:  Andre Sa'Mone Pendermon**                                    **Date:  10/13/20**

tend [1] 4:14
ten-ish [1] 28:1
terms [1] 14:2
test [2] 5:1 29:17
tested [1] 53:14
testified [1] 3:16
testifying [1] 64:16
testimony [3] 64:9,12,18
testing [6] 53:3 54:1,8,23 55:21 56:5
tests [2] 52:19,24
thanks [1] 45:8
theft [1] 9:4
themselves [1] 3:8
there's [1] 55:1
third [1] 60:4
thirty-two [1] 11:21
thomas [1] 26:9
though [2] 26:13 50:14
today [8] 3:2 5:15 16:11,15 25:12 44:7,23 49:5
together [1] 3:3
tom [10] 3:10,20 26:2 29:3 30:24,25 31:13 37:5 44:15, 22
tommy [2] 12:22,24
took [9] 38:18 39:8 43:7 44: 16,19 46:15 52:16,18 54:18
touch [1] 25:20
towel [1] 34:7
training [2] 12:7,10
transcript [1] 4:12
transfer [1] 62:15
transferred [4] 6:24 56:9, 20 62:1
transporting [1] 56:1
tray [1] 47:22
treat [1] 34:2
treatment [3] 25:5 57:6 59: 6
true [2] 64:6,12
truth [1] 5:18
try [5] 4:17 5:1 27:14 34:9 40:18
trying [8] 18:14 21:18 27:3 30:10 46:9,10 52:15,16
tuesday [1] 1:27

tussey [13] 3:10,20 26:1,6, 9 29:3,5,10 30:22 31:13 37: 5 44:15,22
twice [3] 24:20,21 59:8
two [1] 11:18
type [6] 12:10 13:11 23:15 32:16 50:22 55:18
typewriting [1] 64:11

**U**

ulcers [3] 34:13 48:14,15, 19 50:9
ultimately [1] 9:10
under [4] 3:15 8:9 43:21 64:11
understand [4] 47:7 51: 16 57:20 61:4
understanding [6] 51:24 52:3,25 61:7,15,25
united [2] 1:1,32
unlawful [2] 8:9 9:4
until [3] 24:14 25:15 36:15
up [14] 13:15 15:5,24 16:1 20:1 22:1,2 24:24 30:6,7 36:21 38:3 45:20 50:12

**V**

versus [4] 3:6 36:8 43:21 54:19
via [4] 1:23 2:3,10 3:3
videoconference [4] 1: 23 2:3,10 3:4
vision [12] 34:22 35:2,3,4, 8,15,18,22 42:8,16 62:18, 21
visits [1] 49:21
vocational [2] 12:7,10
voice [1] 30:20
vs [1] 1:12

**W**

waited [2] 31:24 33:9
waiting [2] 31:15,23
walk [1] 17:1
walking [1] 35:24
walls [1] 35:24
walmart [3] 38:13 42:3 43: 2

wanted [3] 47:22 52:4,18
wanting [2] 27:2 47:8
wash [1] 14:14
washcloth [1] 34:6
washington [8] 49:7 50: 15 51:19 53:7,10 54:4 56: 16,18
watch [1] 37:17
way [3] 15:19 33:19 56:7
ways [1] 4:4
wear [4] 17:13 28:16,17,25
week [4] 14:5,12 17:21 41: 10
west [1] 2:7
whatever [17] 22:23 24:6, 8 27:3 30:14,18 34:18 43: 12,23 46:14,16 48:4 49:25 50:9 52:23 53:21 57:17
whereof [1] 64:18
where's [1] 9:20
whether [12] 11:8 15:20 23:12 28:10 29:18,25 31: 12 51:12 55:12 56:4,15 62: 17
who's [2] 23:1 59:18
why's [1] 34:10
will [3] 32:14 40:21,24
within [1] 56:4
without [1] 54:8
witness [7] 45:7,10,17,21 64:7,13,16
wondering [1] 43:14
words [1] 47:7
work [7] 13:2,8 15:13,24 53:13 54:4 57:19
worked [7] 12:19 13:9,13 14:3,8,22 54:11
working [3] 14:6 15:9 46: 22
workout [1] 5:2
works [1] 57:16
worn [2] 27:23,24
worse [3] 34:22 35:2,11
would've [3] 23:2 44:9 54: 19
write [2] 4:17 26:11
writing [1] 4:13

written [1] 38:9
wrote [8] 25:7 26:8,13 37: 13 40:2,15 43:10,12

**Y**

year [5] 7:10,16 19:6 27:6 28:13
yearly [5] 18:10 20:5,8 28: 18,25
years [2] 8:13 13:14
yeses [1] 4:18
you-all [1] 33:10
yourself [2] 58:6,11

**Z**

zellen [14] 2:11,21,23 3:9,9, 18,19 44:25 45:8 46:5 47:3 60:21,23 62:25