**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**
**CIVIL ACTION NO.   5:19-CV-00452-DCR**
*Electronically Filed*

ANDRE PENDERMON                                                                      PLAINTIFF

vs.

BRITTANY MOORE, et al.                                                          DEFENDANTS

**ORDER**

    This matter having come before the Court upon Motion for Summary Judgment of Defendant Brittany Moore and the Court, being otherwise sufficiently advised, it is hereby ordered that said Motion is granted.

    This _____ day of _____.

 

_____
JUDGE DANNY C. REEVES
EASTERN DISTRICT OF KENTUCKY

4817-4944-3797