UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL ACTION NO. 5:19-cv-00452-DCR

ANDRE S. PENDERMON            PLAINTIFF

v.

BRITTANY MOORE, et al.            DEFENDANTS

## MOTION FOR SUMMARY JUDGMENT

Come Defendants Thomas D. Jones, Chief Deputy, Madison County Jail; Steve Tussey, Jailer, Madison County Detention Center; and Tammy Allen, Class D Coordinator, Madison County Detention Center (collectively the "Madison County Defendants"), by counsel, and respectfully move the Court pursuant to Fed. R. Civ. P. 56 for summary judgment in their favor on all claims asserted against them herein.  The grounds for the Madison County Defendants' Motion are set forth in a Memorandum filed contemporaneously herewith.

Respectfully submitted,

/s/ D. Barry Stilz
D. Barry Stilz
Lynn Sowards Zellen
Kinkead & Stilz, PLLC
301 East Main Street, Suite 800
Lexington, KY  40507
Telephone: (859) 296-2300
Facsimile: (859) 296-2566
bstilz@ksattorneys.com
lzellen@ksattorneys.com
*Counsel for the Madison County Defendants*

## **CERTIFICATE OF SERVICE**

      I certify that the foregoing has been electronically filed using the Court's CM/ECF system, and a true and correct copy has been served on the Plaintiff by mailing a copy of same to the following, on this the 30th day of December, 2020:

Margaret Jane Brannon
Jackson Kelly PLLC
City Center
100 West Main Street, Suite 700
Lexington, KY   40507
*Counsel for Defendant Brittany Moore*

Andre Pendermon
Montgomery County Regional Jail
751 Chenault Lane
Mt. Sterling, KY 40353
*Plaintiff, Pro Se*

                                              /s/ D. Barry Stilz
                                              *Counsel for the Madison County Defendants*