UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| ANDRE PENDERMON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 19-452-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| BRITTNEY MOORE, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor Defendants Brittney Moore, Tammy Allen, Thomas Jones and Steve Tussey with respect to all claims asserted in this action.

2. This action is **DISMISSED** and **STRICKEN** from the docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: October 4, 2021.



Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky